**E-FILED**
Thursday, 28 July, 2005  02:52:42 PM
Clerk, U.S. District Court, ILCD

**RETURN RECEIPT FOR PRE-SENTENCE REPORT AND SENTENCING RECOMMENDATION**

Case Name: USA v. Philip Jones

Case Number: 02-20014

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation were returned to the U.S. Probation Office on July 27, 2005.

Received by:

S/Jane Newlin
U.S. Probation Office

Date: July 27, 2005