E-FILED
Monday, 22 August, 2005 03:10:26 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 19, 2005

Before

Hon. Frank H. Easterbrook, *Circuit Judge*

Hon. Michael S. Kanne, *Circuit Judge*

Hon. Diane P. Wood, *Circuit Judge*



True Copy Teste:

No. 03-2513

| | |
|---|---|
| United States of America,<br>　　*Plaintiff-Appellee,*<br><br>　　*v.*<br><br>Philip D. Jones,<br>　　*Defendant-Appellant.* | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 02-20014-001<br><br>Michael P. McCuskey,<br>*Chief Judge.* |

FILED
AUG 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## O R D E R

This case comes to us on remand from the Supreme Court for further consideration in light of *United States v. Booker*, 125 S. Ct. 738 (2005). Each party has filed a statement of position pursuant to Circuit Rule 54. In their respective Rule 54 statements, both parties agree that this case should be remanded to the district court under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005).

After review of the Rule 54 statements, while retaining jurisdiction, we order a LIMITED REMAND of Philip D. Jones's sentence in accordance with *Booker* and *Paladino* so that the district court can determine whether it believes Jones's sentence remains appropriate now that *Booker* has relegated the United States Sentencing Guidelines to advisory status.