# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 02-20014 |
| ) | |
| **PHILIP D. JONES,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On May 30, 2003, a sentencing hearing was held and this court sentenced Defendant, Philip D. Jones, to a term of 360 months in the Federal Bureau of Prisons. Defendant filed a timely Notice of Appeal.

On August 19, 2005, the Seventh Circuit issued an order and ordered a limited remand of Defendant's sentence in accordance with United States v. Paladino, 401 F.3d 471 (7th Cir. 2005). Pursuant to Paladino, the Seventh Circuit retains jurisdiction over this appeal while giving this court the opportunity to determine whether it would have imposed the same sentence even if it had thought that the Sentencing Guidelines were merely advisory. Paladino, 401 F.3d at 483-84. The Seventh Circuit has stated that, in making this determination on limited remand, this court should obtain the views of counsel, at least in writing, but need not require the presence of Defendant. Paladino, 401 F.3d at 484.

Accordingly, this court now orders Defendant's counsel and the Assistant United States Attorney assigned to this case to state, in writing, a position regarding whether a different sentence would have been imposed based upon the fact that the Sentencing Guidelines are advisory rather than mandatory.

IT IS THEREFORE ORDERED THAT:

(1)  Defendant's counsel and the Assistant United States Attorney assigned to this case are ordered to state, in writing, a position regarding whether a different sentence would have been imposed based upon the fact that the Sentencing Guidelines are advisory rather than mandatory.

(2) This position statement is due thirty (30) days from the date of this Order.

ENTERED this 22nd day of August, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE