E-FILED
Friday, 23 September, 2005  01:13:53 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No. 02-20014 |
| **PHILIP D. JONES,** | ) ) ) | |
| **Defendant.** | ) ) | |

**ORDER**

      This matter is before the court on a limited remand from the United States Court of Appeals for the Seventh Circuit to determine whether this court would impose Defendant Jones' original sentence had the sentencing guidelines merely been advisory. Pursuant to the Seventh Circuit decision in United States v. Paladino, 401 F.3d 471, 484 (7th Cir. 2005), this court ordered the parties to submit their positions on the issue of Defendant's sentence in light of the Booker decision. After obtaining the views of the parties, this court must now "place on the record the decision not to resentence, with an appropriate explanation," or advise the appellate court of this court's desire to resentence the defendant. Paladino, 401 F.3d at 483.

      On March 7, 2002, Defendant was charged by indictment with possession of more than 500 grams of cocaine with the intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). Following a jury trial, Defendant was convicted on this charge. This court held a sentencing hearing on May 30, 2003. Defendant was found to be a career offender and his criminal history category was determined to be VI. Defendant's guideline range was therefore 360 months' to life imprisonment.

This court sentenced Defendant at the bottom of the guideline range to 360 months' imprisonment, eight years' supervised release, and a $100 special assessment.

At the sentencing hearing held in this matter, this court stated that it was in the position of having to sentence Defendant "to more time than I think you deserve." The court further commented that Defendant's record was "not so severe that if I was given the chance I would sentence you to 30 years." The court also stated that it was not sentencing Defendant to 360 months' imprisonment because this court felt Defendant deserved it, but "because that is the law, and I have to enforce it and administer it." This court, therefore, after a careful review of the record in this matter, advises the United States Court of Appeals for the Seventh Circuit that it desires to resentence Defendant Jones in light of the Booker decision.

ENTERED this 23rd day of September, 2005

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE