# United States Court of Appeals

### For the Seventh Circuit

#### Chicago, Illinois 60604

<u>NOTICE OF ISSUANCE OF MANDATE</u>

E-FILED
Monday, 31 October, 2005 01:14:07 PM
Clerk, U.S. District Court, ILCD

DATE:  October 27, 2005

TO:  John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL  61802-3369

**FILED**

OCT 3 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FROM:  Gino J. Agnello, Clerk

RE:  03-2513
USA v. Jones, Philip D.
02 CR 20014, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

**ENCLOSED:**                                                **TO BE RETURNED AT LATER DATE:**
[ ]    Volumes of pleadings                             [ ]
[ ]    Volumes of loose pleadings                       [ ]
[ ]    Volumes of transcripts                           [ ]
[ ]    Volumes of exhibits                              [ ]
[ ]    Volumes of depositions                           [ ]
[ ]    In Camera material                               [ ]
[ ]    Other_____            [ ]

Record being retained for use                            [ ]
in Appeal No. _____

Copies of this notice sent to:        Counsel of record
[X]    United States Marshal
[X]    United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:  **10/31/05**                                      s/V. Ball
(1071-120397)                                            Deputy Clerk, U.S. District Court

| UNPUBLISHED ORDER |
| --- |
| Not to be cited per Circuit Rule 53 |

**CERTIFIED COPY**

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

October 6, 2005

**Before**

HON. FRANK H. EASTERBROOK, *Circuit Judge*

HON. MICHAEL S. KANNE, *Circuit Judge*

HON. DIANE P. WOOD, *Circuit Judge*

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit

No: 03-2513

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.

PHILIP D. JONES,
    *Defendant-Appellant*.

Appeal from the United States
District Court for the
Central District of Illinois.

No. 02-20014-001

Michael P. McCuskey, *Chief Judge*.

**ORDER**

This case originally came to us on remand from the Supreme Court for further consideration in light of *United States v. Booker*, 125 S. Ct. 738 (2005). We previously ordered a limited remand of Philip D. Jones's sentence in accordance with *Booker* and *Paladino* so that the district court could determine whether it believed Jones's sentence remains appropriate now that *Booker* has relegated the United States Sentencing Guidelines to advisory status.

The district court has replied that, now knowing that the Guidelines are not mandatory, it desires to resentence Jones. We invited both parties to file any arguments concerning the appropriate disposition of this case in light of the district court's decision. Both parties have filed statements agreeing that the case should be remanded to the district court for resentencing.

Therefore, while we reaffirm our decision rejecting Jones's challenges to his conviction, see *United States v. Jones*, 389 F.3d 753 (7th Cir. 2004), we hereby VACATE Jones's sentence and REMAND the case for resentencing, which must be conducted in conformity with *Booker*.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

## JUDGMENT- WITHOUT ORAL ARGUMENT

**Date: October 6, 2005**

**BEFORE:**      Honorable FRANK H. EASTERBROOK, Circuit Judge

Honorable MICHAEL S. KANNE, Circuit Judge

Honorable DIANE P. WOOD, Circuit Judge

No. 03-2513

UNITED STATES OF AMERICA,
        Plaintiff - Appellee
  v.

PHILIP D. JONES,
        Defendant - Appellant


Appeal from the United States District Court for the
Central District of Illinois
No. 02 CR 20014, Michael P. McCuskey, Chief Judge

    The decision rejecting Jones's challenges to his conviction is AFFIRMED, Jones's sentence is VACATED and the case is REMANDED for resentencing, which much be conducted in conformity with Booker. The above is in accordance with the decision of this court entered on this date.

(1060-110393)