DATE 11-22-05
E-FILED
Wednesday, 30 November, 2005  02:58:56 PM
Clerk, U.S. District Court, ILCD

DEAR,
    JUDGE MCCUSKEY
HI MY NAME IS SHERRELL INETTE SPATES AND I AM A CHILD HOOD FRIEND OF PHILLIP JONES AND I JUST WANTED TO WRITE YOU A FEW LINE'S IN SUPPORT OF MR. JONES I DON'T NO WHAT IMPACT THIS WILL HAVE ON YOUR DECISION BUT IT'S SOMETHING THAT I WANT TO DO FOR HIM AND HIS FAMILY AND KIDS AND THE ONES WHO KNOWS THE REAL PHILLIP JONES HE IS A GOOD GUY I HAVE BEEN KNOWING HIS FAMILY FOR OVER 20 YEARS HIS MOM PLAYED WITH MY MOM HIS SISTERS PLAYED WITH US HE PLAYED WITH MY BROTHERS.

    I NO WHEN YOU DO WRONG THERE ARE CONSEQUENCES AND THAT'S LIFE AND REALITY I DON'T ACTUALLY NO WHAT THIS CASE IS ALL ABOUT I NO LITTLE BITS AND PIECES BUT MY FRIND ASKED ME TO WRITE ABOUT HIS CHARACTER AND THAT'S WHAT I AM DOING HE IS A GREAT GUY AND IF THERE'S IS ANY POSSIBLITY THAT HE CAN COME HOME SOONER THEN LATER THEN I WOULD LIKE TO SAY I WILL WATCH OUT FOR HIM AND TAKE HIM UP UNDER MY WING I HAVE BEEN THROUGH SOME TRIALS AND TRIBULATIONS BUT I HAVE FOUND GOD AND HE HAS BROUGHT ME A MIGHT LONG WASY AND I THINK WITH THE RIGHT SUPPRT AND FRIENDS AND FAMILY BEHIND HIM HE CAN REALLY BE A HONEST MEMBER OF SOCIETY I THINK IF GIVEN A CHANCE TO SHOW HOW HE HAS CHANGED I WRITING THIS AS A FRIEND

THANK YOU FOR TAKING THE TIME OUT TO READ
SHERRELL SPATES

Dear Judge McCuskey                    11-17-05

My name is Jaynaia McCoy, I'm writing on the behalf of Philip Jones, We have a 3yr old son named Ja'kez Jones, Jakez is in Pre K he is always asking me why can't his father take him to school and read to him at night. I have explained the issue with him why is father is not here. When they talk on the phone you can just hear the love they have for one another. Jakez is always asking him how much longer til he get to home.

I'm a single parent of three kids and I know that if Philip had another chance he would be a wonderful father and rolemodel. So I'm asking that when you make your decision on his resentence please take into consideration of his only son and child. I think Philip is a very bright person with a wonderful heart, he is always encouraging people to strive for the best. I feel that boys need a father figure in they life and Philip will be that person.

                                   Thank you
                                   Jaynaia McCoy