**E-FILED**
Friday, 02 December, 2005  04:23:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 02-CR-20014 |
| | ) | |
| PHILIP D. JONES, | ) | |
| | | |
| Defendant. | | |

### DEFENDANT'S AMENDMENT TO RESENTENCING MEMORANDUM

Defendant, Philip D. Jones, by his attorney, John C. Taylor, respectfully amends his Resentencing Memorandum, filed as Document 108, Commentaries on Sentencing Factors by Philip D. Jones, by deleting all reference to the crack powder disparity argument on pages 7 through 9, beginning with "Finally, as to the crack powder disparity in the Guidelines" on the bottom of page 7 and ending at he end of argument on page 9; Philip D. Jones was not convicted of crack cocaine, the argument has no role in this case and counsel apologizes to the Court and Government for inconvenience.

Respectfully submitted,

s/ John C. Taylor
John C. Taylor Bar Number: 3124616
CJA attorney for the Defendant, Philip D. Jones
John C. Taylor Attorney
2105 South Zuppke
Urbana, Illinois 61801
Phone 217-840-3333

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following: <u>AUSA COLIN S. BRUCE, U.S ATTORNEYS OFFICE, 201 S. VINE, URBANA, IL 61802</u> and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants: <u>(NONE).</u>

<u>s/ John C. Taylor</u>
John C. Taylor Bar Number: 3124616
CJA attorney for the Defendant, Philip D. Jones
John C. Taylor
Attorney
2105 South Zuppke
Urbana, Illinois 61801
Phone 217-840-3333