11/28/2005

**Dear Judge McCuskey,**

I'm writing this letter on behalf of Phillip Jones. Phillip has been a friend of the family since we were in grade school. He is a respectable and descant man who belives in God. He has encourage many young men in the neighborhood to make the right decision. A young man signed up for the army, others have moved away and have good careers and families. Phillip loves his family an friends and we love him to. Thank you Judge McCuskey for giving me the opportunity to express my concerns and love on Phillip Jones behalf.

Sincerely,

*Lakia Bond*

**Lakia Bond**

FILED
DEC 0 5 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Nov. 29, 2005

Decatur, IL. 62526

**FILED**
DEC 0 5 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Judge McCloskey:

This letter is from a father who is very sorry — sorry for the way I wasn't in my son's life as he was developing as a young child. Without my assistance there to guide him, he took many wrong roads, hung with the wrong people and did wrong things.

I feel responsible for the way he turned out — breaking the law and all. I only wish I could turn back the clock and help him start his life over. In hindsight, I guess my own selfish ways and not being concerned about what my child was doing has caused not only himself, but me irrepairable remorse.

Your Honor, I humbly ask you and the Court to please give my son, Philip Jones, 12833-026 a reduced sentence so that he might have another chance to correct some errored ways in his life. I realize nothing can be done about what's been done — just that possibly a reduced sentence could help him get himself together while he's still a young man.

If you would please consider this request I would be most grateful. Thank you very much for your time.

Sincerely, Melvin Jones

FILED
DEC 0 5 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Hon. Judge McCuskey,

My name is Stephanie Bright. I reside in Indianapolis, IN. I am Philip Jones Sister. I work for Foxconn Electronics — handling Computers. I've been employed there for a little over 2yrs. I've never been in any trouble and I respect the law. I've been an outstanding citizen and I've always worked. I was a mentor in Decatur, IL at the Youth Advocate Program and in Springfield, IL at the Youth Service Bureau.

Philip is a giving and thoughtful person. He thinks more about others than he does himself. Yes, he's made mistakes in the past, but he's learned from it. He has matured and he knows his purpose in life. He has a son that's 3 yrs. old and he knows that he needs to be there for him to raise and support Jakez (Philip's son) He needs to show Jakez a better life than what he had.

Judge McCuskey, I hope the Courts

and yourself could be merciful in imposi[ng] a minimum sentence or letting him come home with time served. He has his diploma and I truly know he has a bright future ahead of him and continuing his education. He's a smart guy and got off track, but can you please give him one more chance.

Judge McCuskey, if you could pleas[e] be lenient with my brother, I would truly appreciate it.

Thank you very much for your time!

Sincerely,
Stephanie D. Bright

God Bless you and your family, this time of year!!