UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

PLAINTIFF,

VS  No. 02-CR-20014

PHILIP D. JONES

DEFENDANT

**FILED**

DEC 1 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION TO FILE ADDITIONAL OBJECTION TO MODIFIED PRESENTENCE
REPORT, INSTANTER

Comes now Defendant and moves the Court to allow him to file an additional objection to the Modified Presentence Report (a copy attached hereto), instanter and states:

The *Ortiz* case, referenced in the attached letter to Donna Brown, Federal Probation Officer, was filed by the Seventh Circuit Court of Appeals on December 12, 2005. Said case raises new issues in the case at bar for resentencing.

Defendant Philip D. Jones, by:

_____
John Taylor, his attorney

John Taylor
2105 S. Zuppke Drive
Urbana, IL. 61801
217-840-3333

CERTIFICATE OF SERVICE

John Taylor certifies that on December 14, 2005 he delivered copies of the attached documents to the office of Colin Bruce, Assistant U.S. Attorney.

_____
John Taylor, Attorney