Indianapolis, IN 46228

Honorable Judge McCuskey
Champaign County Court

November 28, 2005

FILED
DEC 1 9 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Judge McCuskey,

  My name is Shelotta Lenae Bright. I am 34 years old and I moved to Indianapolis in April 1999, alone. I moved to Indianapolis with a goal to better myself personally and professionally leaving my home and family behind, but in my heart. I moved here and became a member of Eastern Star Church and have been for 6 years now. I have been employed with JVM Realty for almost 3 years and was promoted to Property Manager a year and a half ago. I am also a full time student with a graduation date of May 7, 2006. I will be graduating with honors, "Magna Cum Laude". It was Philip who encouraged me during one of our heart-to-hearts to make the move when I did and I cannot stop thanking him for his support and encouragement to this day.

  Philip D. Jones is my brother, my "big" brother, as I like to see it. I am probably closer to him than anyone else in the world and I love him so very much. I would do anything he would ask me because I know he has my best interest at heart and he understands me. He is a very vital part of our small family, comparable to the man of the family, especially since we have recently gotten smaller with the passing of our mother at 49 years young on October 6, 2004. He still has yet to mourn the death of our mother alone and in the presence and support of his family. I know it has yet to come to a realization with me.

  He has always been a very humble man, respectful of others, benevolent, and would do anything he could within his power to help anyone, especially his family and friends. He has a big heart, maybe too big at times and even too trusting of people. He is very intelligent and now a father of one, his first and only child, a son. I can feel the love pouring from every word he shares with his son and I know his true wish is to be the father to his son that he never had.

  Judge, we all know that we don't always make the best choices in our lives or we get around a crowd who mean us no good. We don't know at that time that they mean us no good until we get to the point of no return. Philip may or may not have committed a crime but whatever the case, is it really justifiable or a form of rehabilitation for him to spend half of his life imprisoned? Philip is a strong man and he has a supportive understanding of an alternative lifestyle, a lifestyle that would be beneficial to his son and his family, as well as himself. If God, who is perfect, is forgiving of our sins, why can't society practice the same forgiveness?

He knows that he has a home with me for as long as he needs to get his life on the right track, with the help of God and his loving and supportive family. Philip has the Lord in his heart and if you ever got the chance to sit and talk to him, you would see that he grew up in a household where we knew the Lord Jesus as our Father. He is truly a special man. Philip has maintained a positive attitude throughout this whole ordeal. I still don't know how he does it, but he does. I truly believe it is the Lord because I know for a fact that he prays and has a great deal of faith in Him. I thank and praise God for that. Philip is not the type of person who I can honestly say to, "I wish you would change." Primarily because he is a great human being the way he is. I must say that I may be a bit partial to Philip because I love him so much. Even though I say that he doesn't need to change as far as his positive personality, his respectfulness, and his beautiful heart, I have noticed a mature change in him and I honestly believe that change came about the moment he laid eyes on his son.

I just want to say this because it has been weighing heavy on my heart since it happened. I go to see Philip at least twice a month. Whenever I get to where he is, there is something that prevents his family from seeing him. I went on Thanksgiving Day. I took his son and his nephew. They were quite excited to see him. Because of some technicality, I was denied the visit and had to drive 2 hours right back home. That happens 2 out of 5 times. The only thing positive he has to look forward to while incarcerated are the visits he gets from his family. Somehow, someone manages to hinder that. They not only treat the inmates as if they were the scum on the bottom of their shoes, they treat the family as if they have committed a crime, as well. As sad as he may sound, **he still manages to stay positive.** We are all humans and no one out of jail is better than anyone in, no matter what crime has been committed. Even if you let him come home to his family now or very soon in the future, he will still have to spend the next 5-10 years of his life trying to convince society that he is not that same person who did all that time in prison.

I apologize for taking up so much of your time. I truly hope you find it in your heart to consider the words I have conveyed as I beg you to please show mercy and leniency with Philip. Please, please let Philip come home now with time served and consider strict parole. I would even take responsibility for him myself and I have a lot to lose, but that is how much I believe in my brother. No one or nothing can rehabilitate him like the people who know, need, and love him.

Judge, again I apologize for taking up so much of your time as I tend to get long winded on things that I am passionate for. I want to say thank you. **"May God bless you and keep your family during this time of year as well as the year to come."**

Respectfully,

Shelotta Bright

Shelotta Bright

**FILED**
DEC 19 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

December 11, 2005

Dear Judge McCuskey:

Hello I'm Denise Wilson. I reside in Decatur, Illinois. I'm Thirty-one years old, Proud mother of a six year old. I'm employed full time as a Sales associate.

I've known Phillip Jones and his family for the past fifteen years. I've always admired the bond Phillip has with his siblings. He also shared a special bond with his mother. Phillip is very important to his family, as his family most important to him. Now that his a father, he and his son need the chance to form that special bond. Although the bond is already there. I can only imagine the impact Phillip could have on his son's life, if given the chance to encounter his son on a daily basis. I observed the reaction of his son, from just hearing Phillips name being called. The smile on his

face overwhelmed me.

Phillip has made mistakes in his life, as all of us have. He deserves another chance. Phillip has had quite sometime to think and learn from his mistakes. He's a young man with his whole life ahead of him. If given ~~the~~ another chance, he can be the inspiration in another young man's life not to make some of the same mistakes he made.

Sincerely Yours
Denise W[...]

Dear Judge,

hi my name is . Jones and Felipe Jones is my dad. Judge can you give my dad a little time so he can be a real dad. I am 3 yrs. old going to 4 and my 3rd birthday would have been better if my dad was there if he is not here for my 4th birthday he could be here for my 5th birthday most dads are there. for your first day of school but my dad wasn't there when I go to Pre-K or when I go to Kindagarten please cut down on his time.

 Jones

Thank You In Advance

Jones

**FILED**
DEC 1 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL