UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

PLAINTIFF,

VS                                  No. 02-CR-20014

PHILIP D. JONES

DEFENDANT



NOTICE OF APPEAL

Comes now Defendant and appeals the Judgment of this Court entered on December 19, 2006, states that he is indigent, and requests the Court appoint appellate counsel to prosecute this appeal to the 7th Circuit Court of Appeals.

Defendant Philip D. Jones, by:

_____
John Taylor, his attorney

John Taylor
2105 S. Zuppke Drive
Urbana, IL. 61801
217-840-3333

## CERTIFICATE OF SERVICE

John Taylor certifies that on December 28, 2005 he delivered copies of the attached documents to the office of Colin Bruce, Assistant U.S. Attorney.

_____
John Taylor, Attorney