# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District: Central District of Illinois*              *Docket No.: 02-20014-001*

*Division: Urbana*

### *Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)*

USA                                    v.    PHILIP D. JONES

---

*Current Counsel for Plaintiff (Petitioner):*           *Current Counsel for Defendant (Respondent):*

*(Use separate sheet for additional counsel)*

*Name: Colin S. Bruce*                                   *Name: John C. Taylor*

*Firm: Assistant U.S. Attorney*                          *Firm:*

*Address: 201 S. Vine Street*                            *Address: 2105 S. Zuppke Drive*

*Urbana, IL  61802*                                      *Urbana, IL  61801*

*Phone: 217/ 373-5875*                                   *Phone: 217/ 840-3333*

---

*Judge: Michael P. McCuskey*                             *Nature of Suit Code:  Criminal*

*Court Reporter: Lisa Cosimini*                          *Date Filed in District Court:  3/07/02*

                                                         *Date of Amended Judgment: 12/28/05 (remand 10/31/05)*

                                                         *Date of Notice of Appeal: 12/28/05*

*Counsel:  _X_ Appointed       ___Retained    ___Pro Se*

*Fee Status:    ___Paid      ___Due       ___IFP       ___IFP Pending    ___U.S.    _X_ Waived*

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:       ___Yes         _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM):   __#12833-026__

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**