E-FILED
Tuesday, 03 January, 2006 03:40:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| GINO J. AGNELLO | 219 SOUTH DEARBORN STREET | TELEPHONE |
| CLERK | CHICAGO, ILLINOIS 60604 | (312) 435-5850 |

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:  05-4757                    Docketed on: 12/28/05
Short Caption:        USA v. Jones, Philip
District Court Judge: Michael P. McCuskey
District Court No.:   02 CR 20014

If you have any questions regarding this appeal, please call this office.

(1003-012490)

FILED

JAN -3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL