E-FILED
Tuesday, 10 January, 2006  11:29:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

**FILED**

JAN 1 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES OF AMERICA

PLAINTIFF APPELLEE,

VS                                              Case No. 05-4757
                                                Central District No. 02-20014

Philip D. Jones

DEFENDANT APPELLANT

## TRANSCRIPT REQUEST AND PROOF OF FILING

Defendant by his court appointed attorney John Taylor submits the following Request:

1. That the Court Reporter prepare the Transcript of Sentencing Hearing conducted December 19, 2005 before the Honorable Judge Mike McCuskey.
2. That Philip D. Jones is indigent and that the cost of transcript be paid pursuant to the Criminal Justice Act.
3. Attorney for Philip D. Jones certifies that he filed a copy of this request with the Clerk of the Central District and with Official Court Reporter Lisa Cosimini on January 10, 2006.

Defendant Philip D. Jones, by:

_____
John Taylor, his attorney


John Taylor
2105 S. Zuppke Drive
Urbana, Il. 61801
217-840-3333