TERMED APPEAL

U.S. District Court
USDC for the Central District of Illinois (Urbana)

CRIMINAL DOCKET FOR CASE #: 02-CR-20014-ALL

Jones                                                    Filed: 03/07/02

Dkt # 2:02-m -07204

Assigned to: Judge Michael P. McCuskey

LIP D JONES (1)          Joseph P Chamley
    defendant              [term 01/02/03]
                           [COR LD NTC cja]
                           EVANS & FROEHLICH
                           44 Main St
                           PO Box 737
                           Champaign, IL 61820
                           (217) 359-6494

                         Andrew John McGowan
                           [term 06/14/02]
                           [COR LD NTC pda]
                           FEDERAL PUBLIC DEFENDER
                           Suite 1500
                           401 Main St
                           Peoria, IL 61602
                           (309) 671-7891

                         John C Taylor
                           [COR LD NTC cja]
                           REISMAN & TAYLOR
                           110 W Main St
                           PO Box 395
                           Urbana, IL 61803-0395
                           (217) 344-9337
                           FTS 344-9338

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
By: s/ M. Talbott
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 1-7-04

| Pending Counts: | Disposition |
|---|---|
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE On or about 2/5/02 defendant did knowingly possess with intent to distribute over 500 grams of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of 21 USC 841(a)(1) and (b)(1)(B). (1) | It is the judgment of the Court that dft is committed to the custody of the Bureau of Prisons for a term of 360 months. The dft shall be placed on supervised release for a term of 8 years and under special conditions. He is to pay $100 special assessment. (1) |

Proceedings include all events.
2:02cr20014-ALL USA v. Jones

TERMED
APPEAL

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints:

    NONE

U. S. Attorneys:

    Colin S Bruce
    [COR LD NTC]
    US ATTY
    201 South Vine
    Urbana, IL 61801
    (217) 373-5875
    FTS 373-5891

Proceedings include all events.                                          TERMED
2:02cr20014-ALL USA v. Jones                                             APPEAL

| | | |
|---|---|---|
| 2/27/02 | (1) | COMPLAINT  Philip D Jones (1) count(s) cmp before Mag. Judge David G. Bernthal<br>[ 2:02-m -7204 ] (km) [Entry date 02/27/02] |
| 2/27/02 | (2) | ARREST Warrant issued for Philip D Jones by Mag. Judge David G. Bernthal<br>[ 2:02-m -7204 ] (km) [Entry date 02/27/02] |
| 2/27/02 | (3) | CJA Form 23 (Financial Affidavit) as to Philip D Jones<br>[ 2:02-m -7204 ] (seal) [Entry date 02/27/02] |
| 2/27/02 | -- | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Colin Bruce, AUSA for Government.  First appearance of Philip D Jones. Defendant advised of rights and of right to counsel. Defendant requests Court appoint counsel. The Court finds the defendant qualifies for appointment of counsel and appoints attorney Andrew John McGowan, AFPD. Attorney McGowan present. Defendant advised of his right to a preliminary hearing. Defendant orally waives his right to the preliminary hearing. The Court accepts the defendant's waiver and accepts as knowing and voluntary. The Court finds probable cause and the defendant is bound over to the Grand Jury for further proceedings. The Government requests detention of defendant. Court advises defendant of his right to a detention hearing. Oral motion by defendant to continue the hearing; allowed. Detention hearing set MARCH 4, 2002 at 10:00 a.m. Temporary order of detention to be entered. Oral motion by Government to unseal case; allowed.  Case unsealed. The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (Tape #26 3031-3775)<br>[ 2:02-m -7204 ] (seal) [Entry date 02/27/02] |
| 2/27/02 | (4) | TEMPORARY ORDER of Detention of Philip D Jones  pending detention hearing by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS)<br>[ 2:02-m -7204 ] (seal) [Entry date 02/27/02] |
| 3/4/02 | -- | MINUTES:  before Mag. Judge David G. Bernthal; Detention hearing held with appearance for Govt by AUSA Colin Bruce and with appearance by dft personally and with atty Andrew McGowan AFPD. Oral motion by dft to waive detention hearing at this time with condition that upon resolving issue of outstanding warrant that issue of detention may be revisited. No objection by Govt. Motion allowed. Order of detention pending trial to be entered and the dft is remanded to the custody of the US Marshal (cc: all counsel/USPO/USMS) (Tape #27 9-394).<br>[ 2:02-m -7204 ] (km) [Entry date 03/04/02] |
| 3/5/02 | (5) | ORDER of Detention of Philip D Jones pending trial by Mag. Judge David G. Bernthal (cc:  all counsel/USPO/USMS).<br>[ 2:02-m -7204 ] (km) [Entry date 03/05/02] |

Proceedings include all events.                                              TERMED
2:02cr20014-ALL USA v. Jones                                                 APPEAL

| Date | # | Entry |
|---|---|---|
| 3/7/02 | 6 | ARREST Warrant returned executed as to Philip D Jones on 2/27/02 [ 2:02-m -7204 ] (km) [Entry date 03/08/02] |
| 3/7/02 | 7 | INDICTMENT by USA Colin S Bruce. Counts filed against Philip D Jones (1) count(s) 1. (km) [Entry date 03/11/02] |
| 3/11/02 | -- | MINUTES: before Mag. Judge David G. Bernthal. An arraignment is set on MARCH 19, 2002 at 2:30 p.m. for defendant PHILIP D JONES (cc: all counsel/USPO/USMS). (km) [Entry date 03/11/02] |
| 3/19/02 | -- | MINUTES: before Mag. Judge David G. Bernthal. Appearance for Govt by AUSA Colin Bruce. Appearance by dft PHILIP D JONES in person and with counsel AFPD Andrew J McGowan. Dft sworn. Dft advised of charges, rights and penalties. Dft Philip D Jones arraigned; not guilty plea entered. Written Scheduling Order entered. Final pretrial conference set for MAY 2, 2002 at 3:00 p.m. and jury trial set for MAY 13, 2002 at 9:30 a.m. both before US District Judge Michael P McCuskey. Order of detention to remain in effect and the dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (Tape #32 1966-2432) (km) [Entry date 03/20/02] |
| 3/19/02 | 8 | SCHEDULING ORDER by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS). (km) [Entry date 03/20/02] |
| 5/2/02 | 9 | NOTICE of prior felony conviction by USA as to defendant Philip D Jones (km) [Entry date 05/02/02] |
| 5/2/02 | 10 | MOTION to continue the pretrial conference and the jury trial by Philip D Jones (jab) [Entry date 05/02/02] |
| 5/2/02 | -- | MINUTES: before Judge Michael P. McCuskey. Appearance for Government by AUSA Colin Bruce. Appearance by dft PHILIP D JONES in person and with atty AFPD Andrew J McGowan. The Govt states it has no objection to dft's motion to continue the pretrial conference and the jury trial [10-1]; motion GRANTED. Final pretrial conference is RESET to JUNE 14, 2002 at 3:15 p.m. and the jury selection and jury trial is RESET to JULY 1, 2002 at 9:30 a.m. Estimated length of trial 2 days. Time is excluded from 5/2/02 until 7/1/02 as the Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (T Judd/Crt Rptr) (km) [Entry date 05/03/02] |
| 6/6/02 | 11 | MOTION for status hearing regarding conflict of interest by USA as to Philip D Jones (jab) [Entry date 06/07/02] |

Proceedings include all events.                                    TERMED
2:02cr20014-ALL USA v. Jones                                       APPEAL

| | | |
|---|---|---|
| 6/10/02 | | MINUTES: before Judge Michael P. McCuskey. A hearing on the Motion Regarding Conflict of Interest [11-1] is set for 3:15 p.m. on JUNE 14, 2002 by personal appearance. (cc: all counsel/USPO/USMS) (jab) [Entry date 06/10/02] |
| 6/14/02 | 12 | MOTION to withdraw attorney Andrew J McGowan by Philip D Jones (vb) [Entry date 06/14/02] |
| 6/14/02 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA for Government. Defendant PHILIP JONES appears in person and with counsel, Andrew McGowan, AFPD. Hearing on defendant's motion to withdraw attorney Andrew J McGowan [12-1]; motion allowed. Attorney Joseph Chamley appointed as counsel for defendant. Hearing on Government's motion for hearing regarding conflict of interest [11-1]; motion allowed. The Court finds a conflict of interest does exist. The pretrial conference is RESET to AUGUST 2, 2002 at 3:00 p.m. Jury selection and jury trial RESET to AUGUST 12, 2002 at 9:30 a.m. all before Judge Michael P. McCuskey. The Court finds by granting the continuance, the ends of justice are served pursuant to 18 USC 3161(h)(8)(a). The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (Holly Matthews/CrtRptr-Area Wide) (jab) [Entry date 06/17/02] |
| 6/20/02 | 13 | CJA Form 20 Copy 4 (Appointment of Counsel) sent to Joseph Chamley (skd) [Entry date 06/20/02] [Edit date 11/10/03] |
| 7/15/02 | 14 | MOTION to suppress evidence by Philip D Jones (km) [Entry date 07/15/02] |
| 7/15/02 | 15 | MEMORANDUM OF LAW by defendant Philip D Jones in support motion to suppress evidence [14-1] (km) [Entry date 07/15/02] |
| 7/17/02 | | MINUTES: before Judge Michael P. McCuskey. On July 15, 2002 the dft filed a Motion to Suppress [14-1]. The Govt is directed to file a response to the motion by the close of business on Friday, July 26, 2002. This matter is set for hearing by personal appearance at 9:30 a.m. on JULY 31, 2002 before the Honorable Michael P McCuskey, Coutroom A, 201 S Vine Street, Urbana, IL (cc: all counsel/USPO/USMS). (km) [Entry date 07/17/02] [Edit date 07/17/02] |
| 7/26/02 | 16 | RESPONSE by plaintiff USA to motion to suppress evidence [14-1] (skd) [Entry date 07/26/02] |

Proceedings include all events.                                           TERMED
2:02cr20014-ALL USA v. Jones                                              APPEAL

| | | |
|---|---|---|
| 7/31/02 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Richard Cox. Dft PHILIP D JONES appears in person and with counsel Joseph Chamley. Hearing held regarding motion to suppress evidence [14-1]. Witnesses excluded by the Court. Evidence by Govt; witness sworn and testimony heard. Video tape of arrest marked as Govt's exhibit 1 and admitted. Portion of video tape played; returned to Govt. Argument heard. Motion to suppress evidence [14-1] is DENIED. Final pretrial conference remains set for 3:00 p.m. on AUGUST 2, 2002. Jury selection and jury trial set for August 12, 2002 is VACATED and the jury selection and jury trial is reset to 8:30 a.m. on AUGUST 19, 2002 (3 days). Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (seal) [Entry date 07/31/02] |
| 8/2/02 | 17 | EXHIBIT(S) list as to plaintiff USA (slj) [Entry date 08/02/02] |
| 8/2/02 | 18 | WITNESS list submitted by plaintiff USA (slj) [Entry date 08/02/02] |
| 8/2/02 | 19 | MOTION in limine by Philip D Jones (slj) [Entry date 08/02/02] |
| 8/2/02 | 20 | WITNESS list submitted by defendant Philip D Jones (slj) [Entry date 08/02/02] |
| 8/2/02 | 20 | EXHIBIT(S) list as to defendant Philip D Jones (slj) [Entry date 08/02/02] |
| 8/2/02 | 21 | NOTICE of Statement of the Case by plaintiff USA (slj) [Entry date 08/02/02] |
| 8/2/02 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel Joseph Chamley. Pretrial conference held. Govt orally responded to dft's motion in limine. Motion in limine granted in part, denied in part, and taken under advisement in part. Govt to file response to motion in limine regarding testimony of Duramis Lovelace by 8/9/02. Govt's response to motion in limine regarding testimony of dft Washington to be filed by 8/16/02. Court to rule on motion in limine on or before 8/19/02. All motions to be filed by 8/9/02 and responses due by 8/16/02; motions will be heard on 8/19/02. Govt to file jury instructions by 8/9/02; any objection by dft to be filed by 8/16/02. Proposed voir dire questions to be filed by 8/9/02; any objections by 8/16/02. Dft remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (km) [Entry date 08/05/02] |
| 8/7/02 | 22 | MOTION for competency examination by Philip D Jones (km) [Entry date 08/07/02] |

Proceedings include all events.                                        TERMED
2:02cr20014-ALL USA v. Jones                                           APPEAL

| Date | # | Entry |
|---|---|---|
| 8/7/02 | 23 | RESPONSE by plaintiff USA to motion for competency examination [22-1] (km) [Entry date 08/07/02] |
| 8/7/02 | -- | MINUTES: before Judge Michael P. McCuskey. On 8/7/02 dft Jones filed a motion for competency examination [22-1]. This matter is set for hearing at 9:00 a.m. on AUGUST 8, 2002. The US Marshal's Office is directed to have dft present for the hearing. (cc: all counsel/USPO/USMS) (km) [Entry date 08/07/02] |
| 8/8/02 | -- | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP JONES appears in person and with counsel Joseph Chamley. The Court grants dft's motion for competency examination [22-1] and a psychiatric or psychological examination is ordered for Philip D Jones. Dft to be transported for psychiatric or psychological examination to nearest facility. Written Order entered. All deadlines are vacated and jury trial previously set for 8/19/02 is VACATED. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(a). The dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (km) [Entry date 08/08/02] |
| 8/8/02 | 24 | ORDER by Judge Michael P. McCuskey that dft be transported for psychiatric or psychological exam to the nearest available and convenient facility for such exam. See written Order. (cc: all counsel/USPO/USMS) (km) [Entry date 08/08/02] |
| 8/20/02 | 25 | PRO SE MOTION to vacate competency examination by Philip D Jones (km) [Entry date 08/20/02] |
| 8/20/02 | 26 | LETTER to dft JONES from Judge McCuskey regarding dft's letter construed as a motion to vacate competency examination [25-1] (km) [Entry date 08/20/02] |
| 8/20/02 | -- | MINUTES: before Judge Michael P. McCuskey. On 8/20/02 the Court received a pro se letter from the dft regarding his competency examination. The Court is construing that letter as a motion to vacate competency examination and the clerk is directed to docket the letter as such [25-1]. The Govt is directed to file a response to dft's motion by the close of business on 8/29/02. The Court's order of 8/8/02 directing the US Marshal service to transport dft to the nearest facility for a psychiatric or psychological exam is VACATED. This matter is set for hearing by PERSONAL APPEARANCE at 2:30 p.m. on SEPTEMBER 3, 2002. (cc: dft/all counsel/USPO/USMS) (km) [Entry date 08/20/02] [Edit date 08/20/02] |
| 8/29/02 | 27 | RESPONSE by plaintiff USA to dft's pro se motion to vacate competency examination [25-1] (km) [Entry date 08/30/02] |

Proceedings include all events.                                      TERMED
2:02cr20014-ALL USA v. Jones                                          APPEAL

| Date | # | Entry |
|---|---|---|
| 8/29/02 | 28 | SEALED document stored in vault. (km) [Entry date 08/30/02] |
| 9/3/02 | -- | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel Joseph Chamley. Hearing held regarding pro se motion to vacate competency examination [25-1]. Dft sworn under oath and questioned by the Court. Arguments of counsel heard. Dft's pro se motion to vacate competency examination [25-1] is DENIED. Dft is to be transported to facility for psychiatric or psychological exam. Written order to be entered. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A) until after examination and a hearing is held regarding examination. (cc: all counsel/USPO/USMS) (km) [Entry date 09/04/02] |
| 9/4/02 | 29 | ORDER by Judge Michael P. McCuskey. Dft is ordered to be transported for a psychiatric or psychological examination to the nearest available and convenient facility for such examination. See written order. (cc: all counsel/USPO/USMS) (km) [Entry date 09/04/02] |
| 10/7/02 | 30 | AMENDMENT TO WITNESS list submitted by plaintiff USA (km) [Entry date 10/07/02] |
| 10/18/02 | 31 | TRANSCRIPT of Motion Hearing held 9/3/02 (km) [Entry date 10/18/02] |
| 10/21/02 | 32 | LETTER from Warden at FMC Rochester, MN regarding the evaluation of dft. (km) [Entry date 10/21/02] |
| 10/21/02 | 33 | LETTER from Judge Michael McCuskey to Warden at FMC Rochester, MN in response to letter received regarding evaluation of dft. (km) [Entry date 10/21/02] |
| 10/21/02 | -- | MINUTES: before Judge Michael P. McCuskey. On September 4, 2002 dft was ordered to be transported to the nearest available facility for a psychiatric or psychological examination pursuant to 18 USC 4241(b). Under the provisions of the applicable statute, the dft may be committed for such an examination for a reasonable period of time not to exceed thirty days. On October 18, 2002 the Court received a request from the Federal Medical Center in Rochester, Minnesota, for a 15-day extension to complete the examination because they had not yet received the requested transcripts from the court reporter. The Court grants this request and the facility has until November 1, 2002 to complete the psychiatric or psychological examination on dft Jones. (cc: all counsel/USPO) (km) [Entry date 10/21/02] |

Proceedings include all events.                                           TERMED
2:02cr20014-ALL USA v. Jones                                              APPEAL

| | | |
|---|---|---|
| 10/23/02 | (34) | CJA FORM 24 (Authorization Voucher for Transcript Payment) re: Philip D Jones. Per authorization of Judge Michael P. McCuskey, CJA voucher #021023000030 transmitted to AO in the amount of $22.50 for Lisa Knight Cosimini (skd) [Entry date 10/23/02] |
| 11/25/02 | -- | MINUTES: before Judge Michael P. McCuskey. A status hearing in the above-captioned matter has been set for 3:30 p.m. on DECEMBER 5, 2002 by personal appearance before the Honorable Michael P McCuskey, Courtroom A, 201 S Vine Street, Urbana, IL. (cc: all counsel/USPO/USMS) (km) [Entry date 11/25/02] |
| 11/25/02 | (35) | PSYCHIATRIC Evaluation report (fax copy) received for Philip D Jones - sealed and stored in vault (cc: all counsel) (km) [Entry date 11/25/02] [Edit date 12/04/02] |
| 12/2/02 | (36) | MOTION for order to set final pretrial by Philip D Jones (km) [Entry date 12/02/02] |
| 12/4/02 | -- | REMARK: original mental health evaluation received as to Philip D Jones. SEALED AND STORED IN VAULT. (cc: all counsel/USPO) (km) [Entry date 12/04/02] [Edit date 12/04/02] |
| 12/5/02 | -- | MINUTES: before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA for Government. Defendant PHILIP JONES appears in person and with counsel, Joseph Chamley. The Court states status of competency report and reports the defendant is found to be competent to stand trial and assist in his defense. The Government and defendant have no objections to the findings. The Court orders the psychological report to remain sealed. Hearing on defendant's motion for order to set final pretrial [36-1]; granted. Any pretrial motions to be on file by December 27, 2002; responses due by January 10, 2003. The pretrial conference is set for JANUARY 31, 2003 at 3:30 p.m. Jury selection and jury trial set for FEBRUARY 10, 2003 at 8:30 a.m. The Court advises there will be no continuances for any reason. Final pretrial order to be entered. The Court finds by granting the continuance, the ends of justice have been met pursuant to 18 USC 3161(h)(8)(a). The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (jab) [Entry date 12/06/02] |
| 12/27/02 | (37) | LETTER construed as a MOTION to substitute court-appointed counsel by Philip D Jones (jab) [Entry date 12/27/02] |

Proceedings include all events.                                      TERMED
2:02cr20014-ALL USA v. Jones                                         APPEAL

| Date | # | Entry |
|---|---|---|
| 12/27/02 | -- | MINUTES: before Judge Michael P. McCuskey. On December 26, 2002, the Court received a letter from defendant. That letter is being construed as a motion to substitute court-appointed counsel [37-1]. The motion is set for hearing at 10:00 a.m. on JANUARY 2, 2003, before the Honorable Michael P. McCuskey, 201 S. Vine St., Urbana, IL (cc: all counsel/USPO/USMS) (jab) [Entry date 12/27/02] |
| 12/27/02 | 38 | SUPPLEMENTAL MOTION in limine by Philip D Jones (vb) [Entry date 12/27/02] |
| 12/27/02 | 39 | MOTION to dismiss case (indictment) by Philip D Jones (vb) [Entry date 12/27/02] |
| 1/2/03 | -- | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears by telephone. Attorney Joseph Chamley and attorney John Taylor present in court. Hearing held regarding dft's motion to substitute court-appointed counsel [37-1]. No objection by atty Chamley; motion granted. Attorney John C Taylor is substituted as counsel for dft. Motion hearing is set for motion to dismiss case (indictment) [39-1] and motion in limine [38-1] at 10:30 a.m. on JANUARY 16, 2003. (cc: all counsel/USPO/USMS) (km) [Entry date 01/02/03] [Edit date 01/08/03] |
| 1/6/03 | 40 | CJA Form 20 Copy 4 (Appointment of Counsel) sent to John C. Taylor (skd) [Entry date 01/06/03] [Edit date 11/10/03] |
| 1/8/03 | 41 | CJA Form 20 (Attorney Payment Voucher) re: Philip D Jones. CJA voucher #030108000104 from Atty Joseph Chamley transmitted to AO in the amount of $4,910.75 (skd) [Entry date 01/08/03] |
| 1/10/03 | 42 | MOTION to adopt by Philip D Jones (jab) [Entry date 01/13/03] |
| 1/10/03 | 43 | MOTION to extend time to respond to recently adopted pretrial motions by USA as to Philip D Jones (jab) [Entry date 01/13/03] |
| 1/13/03 | 44 | RESPONSE by plaintiff USA to supplemental motion in limine [38-1] (jab) [Entry date 01/14/03] |
| 1/14/03 | 45 | RESPONSE by plaintiff USA to motion to dismiss case (indictment) [39-1] (skd) [Entry date 01/14/03] |
| 1/14/03 | -- | ENDORSED Order granting motion to extend time to respond to recently adopted pretrial motions [43-1] by Judge Michael P. McCuskey (cc: all counsel/USPO/USM) (jab) [Entry date 01/14/03] |

Proceedings include all events.                                      TERMED
2:02cr20014-ALL USA v. Jones                                         APPEAL

| Date | Doc # | Entry |
|---|---|---|
| 1/16/03 | -- | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel John Taylor. Hearing held on all pending motions. Motion to adopt [42-1] is GRANTED. The motion in limine [19-1] is found moot. Evidentiary hearing held; witness sworn and testimony heard. Govt to file motion regarding testimony by 1/22/03 with response due 1/29/03 and motion will be heard at final pretrial hearing. Document #28 is ordered UNSEALED by the Court. Motion in limine [38-1] is DENIED as to remaining portions except Washington issue which can be renewed. Motion to dismiss case (indictment) [39-1] is DENIED. Final pretrial conference remains set for JANUARY 30, 2003 at 3:30 p.m. Jury selection and jury trial remain set for FEBRUARY 10, 2003 at 8:30 a.m. Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (km) [Entry date 01/17/03] |
| 1/16/03 | -- | REMARK: Document #28 ordered UNSEALED by US District Judge Michael P McCuskey during hearing held on 1/16/03. (km) [Entry date 01/17/03] |
| 1/16/03 | 46 | GOVT EXHIBIT(S) list as to defendant Philip D Jones from hearing held on 1/16/03 (km) [Entry date 01/17/03] |
| 1/17/03 | -- | CORRECTION TO MINUTES FROM 1/16/03: Final pretrial conference is set for JANUARY 31, 2003 at 3:30 p.m. not January 30, 2003 at 3:30 p.m. as previously indicated. (cc: all counsel/USPO/USMS) (km) [Entry date 01/17/03] |
| 1/22/03 | 47 | MOTION in limine regarding disavowed statement purported to be written by Anita Gray by USA as to Philip D Jones (km) [Entry date 01/22/03] |
| 1/28/03 | 48 | AMENDED NOTICE OF PRIOR offense information by USA as to defendant Philip D Jones (cc: USPO) (km) [Entry date 01/28/03] |
| 1/28/03 | 49 | NOTICE of statement of the case by plaintiff USA (km) [Entry date 01/28/03] |
| 1/28/03 | 50 | EXHIBIT(S) list filed by pla USA as to defendant Philip D Jones (km) [Entry date 01/28/03] |
| 1/28/03 | 51 | REVISED WITNESS list submitted by plaintiff USA (km) [Entry date 01/28/03] |
| 1/31/03 | 52 | STIPULATION of parties agreeing Govt Exh 3 is 746.4 grams of cocaine, a Schedule II controlled substance. (slj) [Entry date 01/31/03] |

Proceedings include all events.                                              TERMED
2:02cr20014-ALL USA v. Jones                                                 APPEAL

| Date | Doc # | Entry |
|---|---|---|
| 1/31/03 | -- | MINUTES: before Judge Michael P. McCuskey. Appearance by AUSA Bruce for Govt/Atty Taylor appears with dft PHILIP D JONES for final pretrial conference at 3:35 1/31/03. Charges in the indictment read in open crt. Written stipulation re: Govt's exhibit 3 filed. Dft does not contest the Govt's motion in limine, #47. Crt is granting motion in limine regarding disavowed statement purported to be written by Anita Gray [47-1]. Dft adopts the Govt's witness list. No objection. Dft adopts the Govt's exhibit list. No objection by dft. Govt and dft will both use Govt's witness and exhibit list. Dft joins in the Govt's statement of case. Estimated length of trial is 3 days. Crt finds all motions that need to be presented have been filed. Govt's jury instructions to be filed by 2/4/03. Dft to file any objections to Govt's jury instructions by 2/7/03 or file any jury instructions they prefer. Dft to see plea agreements of Brian Cole, and Duramis Lovelace 2/4/03. Any objections to the plea agreement to be filed by 2/7/03. Deadline for filing voir dire questions is 2/4/03. Any objections due 2/7/03 an will be taken up at trial on 2/10/03. Matter set for jury trial at 8:30 2/10/03. Dft remanded to custody of the USMS. (cc: all counsel/USMS/ USMS) (vb) [Entry date 01/31/03] |
| 2/5/03 | 53 | PROPOSED Jury Instructions by plaintiff USA (jab) [Entry date 02/05/03] |
| 2/6/03 | 54 | NOTICE OF FILING PROPOSED Jury Instructions by defendant Philip D Jones (km) [Entry date 02/06/03] |
| 2/7/03 | 55 | TRANSCRIPT of excerpt from the motion to suppress hearing held on 7/31/02. (km) [Entry date 02/07/03] |
| 2/10/03 | 56 | REVISED EXHIBIT(S) list as to plaintiff USA (slj) [Entry date 02/10/03] |
| 2/10/03 | 57 | CJA FORM 24 (Authorization Voucher for Transcript Payment) re: Philip D Jones. Per authorization of Judge Michael P. McCuskey, CJA voucher #030207000012 transmitted to AO in the amount of $204.00 for Lisa Knight Cosimini. (skd) [Entry date 02/11/03] [Edit date 02/11/03] |
| 2/10/03 | -- | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel John Taylor. Jury trial begins. Revised Govt Exhibit list filed in open Court [56-1]. Jury in; voir dire held. Jurors sworn as to qualifications. Statement of case read. Jury impaneled and sworn to try the case. Opening statement by Govt. Opening statement by defendant. Evidence for Govt. Witnesses sworn; testimony heard. Jury out until 9:00 a.m. on 2/11/03. Jury instruction conference held. Dft remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (km) [Entry date 02/11/03] |

Proceedings include all events.                                    TERMED
2:02cr20014-ALL USA v. Jones                                       APPEAL

| | | |
|---|---|---|
| 2/11/03 | -- | MINUTES: before Judge Michael P. McCuskey. Jury trial continued with same appearances. Jury instruction conference continued. Defendant orally moves to amend Govt's exhibit list [56-1] to include dft's exhibit 2. Arguments heard. Court allows dft's oral motion to amend revised and expanded exhibit list. Jury in. Evidence for Govt continued. Witnesses sworn; testimony heard. Govt rests. Defendant's oral motion for directed verdict without argument; no argument by Govt. Dft's motion is denied. No evidence for defendant. Dft rests. Jury out. Dft's oral motion renewed for directed verdict with no arguments heard; motion denied. Jury instructions read to jury. Closing argument heard by Govt and by defendant. Rebuttal heard. Jury out to deliberate at 1:07 p.m. Oral motion by Govt to withdraw Govt's exhibits 3 and 4; granted. Question by jury at 1:27 p.m. Jury in to view the video tape (Govt's exhibit 1) at 1:35 p.m. Jury out at 1:39 p.m. Jury in at 1:58 p.m. with verdict. Finding Philip D Jones guilty of count 1 of Indictment. Jurors polled. Court enters judgment of conviction against defendant. Cause referred to U.S. Probation Office for a presentence investigation report. Sentencing hearing set for MAY 23, 2003 at 1:15 p.m. Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (km) [Entry date 02/11/03] |
| 2/11/03 | 58 | EXHIBIT lists as to defendant Philip D Jones (km) [Entry date 02/11/03] [Edit date 02/11/03] |
| 2/11/03 | 59 | Jury Instructions filed. (km) [Entry date 02/11/03] |
| 2/11/03 | 60 | JURY COMMUNICATION to the Court. (km) [Entry date 02/11/03] |
| 2/11/03 | 61 | VERDICT as to Philip D Jones (km) [Entry date 02/11/03] |
| 2/18/03 | 62 | MOTION for new trial by dft Philip D Jones (km) [Entry date 02/18/03] |
| 2/18/03 | -- | MINUTES: before Judge Michael P. McCuskey. On February 18, 2003, dft filed a motion for new trial [62-1]. The Govt is directed to file a response within 14 days. (cc: all counsel/USPO) (km) [Entry date 02/18/03] |
| 2/21/03 | 63 | Picture of Government EXHIBITS #'s 3 and 4 submitted to the Clerk's Office per approval of Judge Michael P. McCuskey. (Government retained original exhibits) (jab) [Entry date 02/21/03] |
| 2/24/03 | 64 | LETTER to defendant Philip D Jones from the Court. (jab) [Entry date 02/24/03] |
| 3/3/03 | 65 | RESPONSE by plaintiff USA to dft's motion for new trial [62-1] (km) [Entry date 03/04/03] |

```
Proceedings include all events.                                    TERMED
2:02cr20014-ALL USA v. Jones                                       APPEAL
```

| Date | # | Entry |
|---|---|---|
| 3/4/03 | 66 | ORDER by Judge Michael P. McCuskey denying motion for new trial [62-1]. See written Order. (cc: all counsel/USPO) (km) [Entry date 03/04/03] |
| 4/29/03 | 67 | MOTION to continue sentencing until after 5/23/03 by USA as to Philip D Jones (km) [Entry date 04/29/03] |
| 4/30/03 | -- | MINUTES: before Judge Michael P. McCuskey. On April 29, 2003, Assistant U. S. Attorney Colin Bruce filed a motion to continue the sentencing of Philip D. Jones. That motion [67-1] is GRANTED. The sentencing hearing set for 1:15 p.m. on May 23, 2003 is RESET to MAY 30, 2003 at 1:30 p.m. before the Honorable Michael P. McCuskey, 201 S. Vine Street, Urbana, IL. (cc: all counsel/USPO/USMS) (jab) [Entry date 04/30/03] [Edit date 05/12/03] |
| 5/16/03 | 68 | ORDER on implementation of sentencing guidelines by Judge Michael P. McCuskey (cc: all counsel/USPO) (km) [Entry date 05/16/03] |
| 5/16/03 | 69 | LETTER from dft Philip Jones with response from Court (cc: all counsel/USPO) (km) [Entry date 05/16/03] [Edit date 05/16/03] |
| 5/27/03 | 70 | COMMENTARY ON SENTENCING factors filed by Govt re Philip D Jones (km) [Entry date 05/28/03] |
| 5/28/03 | 71 | SUPPLEMENT TO COMMENTARY ON SENTENCING factors filed by Govt re Philip D Jones (km) [Entry date 05/28/03] |
| 5/30/03 | -- | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel John Taylor. Sentencing hearing held. Parties acknowledge receipt of presentence investigation report. No objections noted by Govt or counsel for dft; dft personally has objection. Statements by counsel on objections heard. Recommendations by counsel heard. Dft's statement in allocution heard. Sentencing Philip D Jones (1) count(s) 1. It is the judgment of the Court that dft is committed to custody of the Bureau of Prisons for a term of 360 months. The dft shall be placed on supervised release for a term of 8 years and under special conditions. He is to pay $100 special assessment. Appeal rights given to dft. Clerk directed to file a notice of appeal on dft's behalf. Atty Taylor requests the Court to continue his appointment for appeal process; granted. The Court finds dft indigent and a transcript will be provided at no cost to dft. Dft is remanded to the custody of the US Marshal. Case terminated (cc: all counsel/USPO/USMS) (km) [Entry date 05/30/03] |
| 5/30/03 | 72 (crossed out) | PRESENTENCE Report on Philip D Jones ( original sealed ) (km) [Entry date 05/30/03] *Returned to USPO 7-27-05* |

Proceedings include all events.                                          TERMED
2:02cr20014-ALL USA v. Jones                                             APPEAL

| Date | # | Description |
|---|---|---|
| 5/30/03 | ~~73~~ | SENTENCING recommendation (original sealed) as to defendant Philip D Jones (km) [Entry date 05/30/03] *Returned to USPO 7-27-05* |
| 5/30/03 | ~~74~~ | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Philip D Jones by Judge Michael P. McCuskey (km) [Entry date 05/30/03] *Returned to USPO 7-27-05* |
| 6/2/03 | (75) | JUDGMENT and Commitment Order as to defendant Philip D Jones by Judge Michael P. McCuskey (km) [Entry date 06/02/03] |
| 6/2/03 | (76) | NOTICE of Appeal to Circuit Court by defendant Philip D Jones [75-1] (cc: all counsel/USPO/USMS) (km) [Entry date 06/02/03] |
| 6/2/03 | 77 | SHORT RECORD ON APPEAL sent to USCA (km) [Entry date 06/02/03] |
| 6/9/03 | 78 | Notification by USCA of Appellate Docket Number 03-2513 (jab) [Entry date 06/10/03] |
| 6/19/03 | 79 | CJA Form 20 (Attorney Payment Voucher) re: Philip D Jones. CJA voucher #030619000097 from atty John C. Taylor transmitted to AO in the amount of $3,672.00 (skd) [Entry date 06/19/03] |
| 7/3/03 | 80 | TRANSCRIPT information sheet ordering transcript from hearings held on 1/16/03, 2/10/03, 2/11/03 [77-1] (km) [Entry date 07/03/03] |
| 8/27/03 | 81 | JUDGMENT and Commitment returned executed on 7/21/03 as to Philip D Jones (1) count(s) 1 at Manchester, KY (km) [Entry date 08/27/03] |
| 12/31/03 | (82) | TRANSCRIPT of Motion Hearing held on January 16, 2003 (jab) [Entry date 12/31/03] |
| 12/31/03 | (83) | TRANSCRIPT of Jury Trial (Day 1 of 2) held February 10, 2003 (jab) [Entry date 12/31/03] |
| 12/31/03 | (84) | TRANSCRIPT of Jury Trial (Day 2 of 2) held February 11, 2003 (jab) [Entry date 12/31/03] |
| 1/5/04 | (85) | CJA FORM 24 (Authorization Voucher for Transcript Payment) re: Philip D Jones. Per authorization of Judge Michael P. McCuskey, CJA voucher #040105000009 transmitted to AO in the amount of $818.40 for Lisa Knight Cosimini. (skd) [Entry date 01/05/04] |
| 1/5/04 | 86 | MOTION for order to withdraw record by Philip D Jones (km) [Entry date 01/05/04] |