

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

April 5, 2006

Jeremy N. Gayed
Attorney at Law
34th Floor
500 W. Madison Street
Chicago, IL   60661

Re:    USA V  PHILIP D. JONES
       CD/IL   02-20014;  USCA 05-4757

Dear Mr. Gayed:

Enclosed please find the Appeal Record for the above captioned case consisting of:

    __2__    volumes of pleadings
    _____    volumes of depositions
    _____    loose pleadings
    __4__    volumes of transcripts

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

s/  K. Marsh

enc.

This is to acknowledge receipt of the appeal Record on _____.

_____