# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 4, 2006

By the court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 05-4757                v.<br><br>PHILIP D. JONES,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 02 CR 20014<br>]<br>] Michael P. McCuskey,<br>]    Chief Judge. |

      This matter comes before the court for its consideration of attorney John Taylor's **MOTION TO WITHDRAW**, filed on January 12, 2006. Upon consideration thereof

      **IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

      **IT IS FURTHER ORDERED** that attorney Jeremy N. Gayed, 500 W. Madison Street, 34th floor, Chicago, Illinois 60661, is appointed to represent defendant-appellant Philip D. Jones pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

      **IT IS ALSO FURTHER ORDERED** that the Clerk of the District Court shall permit court appointed counsel to withdraw the record on appeal and all transcripts, which shall include the expense of shipping the record to counsel if necessary.

Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before April 27, 2006.

2. Plaintiff-appellee shall file its brief on or before May 30, 2006.

3. Defendant-appellant shall file his reply brief, if any, on or before June 13, 2006.

-over-

Note:   Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.