# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE RE: DEFENDANT'S COUNSEL'S
MOTION FOR LEAVE TO WITHDRAW UNDER
CIRCUIT RULE 51(b)

Date: May 15, 2006

To:   Philip D. Jones
      FEDERAL CORRECTIONAL INSTITUTION
      #12833-026
      P.O. Box 33
      Terre Haute, IN  47808

DISTRICT COURT CLERK'S OFFICE: This appeal is now ready for oral argument (or submission without oral argument). Pursuant to Circuit Rule 11(a) the record is to be transmitted to the Clerk's Office of this court immediately.
U.S.C.A. Clerk

You are the appellant in a case now pending in this court:

No. 05-4757

UNITED STATES OF AMERICA,
        Plaintiff - Appellee
   v.

PHILIP D. JONES,
        Defendant - Appellant

**FILED**

MAY 17 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Appeal from the United States District Court for the
Central District of Illinois
No. 02 CR 20014, Michael P. McCuskey, Chief Judge

Your attorney filed a brief on 5/12/06, stating a belief that your appeal is frivolous and requesting permission to withdraw from the case.  Please be advised as follows:

1. You have 30 days from the date this notice was mailed in which to raise any points that you choose which show why your conviction should be set aside.
2. If you do not respond within the 30 days, the court may affirm or dismiss your appeal.  An affirmance or dismissal would mean that your case would be finally decided against you.
3. If you want to make a showing why the court should not affirm or dismiss your appeal and believe that there is a very good reason why you will not be able to file your objections with the court within the 30-day limit, you should <u>immediately</u> write to the court and ask for additional time up to 30 days.  If additional time is granted, you must file your reasons why the court should not affirm or dismiss your appeal before your additional time expires.
4. You do not have a right to another attorney unless this court finds that your showing requires that your case be further briefed or argued.  If the court finds that your case should

be further briefed or argued, an attorney will be appointed for you who will argue your appeal.

If you want to write to this court, you should address your letters to:
Clerk of the Court
United States Court of Appeals
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

Be sure when writing, to show clearly the name and number of your case.

Attorney for appellant:

Jeremy N. Gayed
MCANDREWS, HELD & MALLOY
500 W. Madison Street
Northwestern Atrium Center
Chicago, IL  60661
312/775-8000

**IT IS ORDERED** that briefing in this appeal is **SUSPENDED** pending resolution of this matter.

(1113-121897)