

# United States District Court

JOHN M. WATERS  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830  
FAX: 217-373-5834

218 U.S. COURTHOUSE  
201 S. VINE STREET  
URBANA, ILLINOIS 61802

May 22, 2006

GINO AGNELLO, CLERK  
COURT OF APPEALS  
219 S. Dearborn St.  
Chicago, IL 60604

                              RE: USA v. PHILIP D. JONES  
                              D. C. Docket No. 02-20014-01  
                              U. S. C. A. Docket No. 05-4757

Dear Mr. Agnello:

       I am sending you herewith the original record on appeal. It consists of the following:

2  Volumes of Pleadings

4  Volumes of Transcript

   Volumes of Depositions

1  Volumes of Exhibits:

   Impounded Exhibits:

   Other (specify): **UNDER SEAL: Resentencing Presentence Report, Resentencing Recommendation, and Resentencing Statement of Reasons**

       Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                                      Very truly yours,  
                                      **s/John M. Waters**  
                                      JOHN M. WATERS, CLERK

                                      BY:**s/ V. Ball**_____  
                                          Deputy Clerk