APPEAL, CLOSED

# U.S. District Court
## Central District of Illinois (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:02-cr-20014-MPM-ALL
### Internal Use Only

Case title: USA v. Jones
Magistrate judge case number: 2:02-mj-07204

Date Filed: 03/07/2002

---

Assigned to: Judge Michael P. McCuskey

**Defendant**

**Philip D Jones** (1)
*TERMINATED: 05/05/2004*

represented by **Andrew John McGowan**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria, IL 61602
309-671-7891
Fax: 309-671-7898
Email: andrew_mcgowan@fd.org
*TERMINATED: 06/14/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**John C Taylor**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana, IL 61801
217-373--0666
Fax: 217-373-0667
Email: john_taylor@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Joseph P Chamley**
EVANS FROEHLICH BETH & CHAMLEY
44 Main St
PO Box 737
Champaign, IL 61820
217-359-6494
Fax: 217-359-6468

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: s/ K. Marsh
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 4-5-06

Email: jchamley@efbclaw.com
*TERMINATED: 01/02/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE On or about 2/5/02 defendant did knowingly possess with intent to distribute over 500 grams of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of 21 USC 841(a)(1) and (b)(1)(B).
(1)

**Disposition**

It is the judgment of the Court that dft is committed to the custody of the Bureau of Prisons for a term of 360 months. The dft shall be placed on supervised release for a term of 8 years and under special conditions. He is to pay $100 special assessment. 12/19/05 RESENTENCING ON REMAND; sentence amended to 240 months BOP.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                         represented by  **Colin S Bruce**
                                            US ATTY
                                            201 South Vine
                                            Urbana, IL 61801
                                            217-373-5875
                                            Fax: 217-373-5891
                                            Email: colin.bruce@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2002 | 1 | COMPLAINT Philip D Jones (1) count(s) cmp before Mag. Judge David G. Bernthal [ 2:02-m -7204 ] (KM, ilcd) (Entered: 02/27/2002) |

| 02/27/2002 | 2 | ARREST Warrant issued for Philip D Jones by Mag. Judge David G. Bernthal [ 2:02-m -7204 ] (KM, ilcd) (Entered: 02/27/2002) |
|---|---|---|
| 02/27/2002 | | Docket Modification (Utility Event) sealing case [ 2:02-m -7204 ] (KM, ilcd) (Entered: 02/27/2002) |
| 02/27/2002 | 3 | CJA Form 23 (Financial Affidavit) as to Philip D Jones [ 2:02-m -7204 ] (S, ilcd) (Entered: 02/27/2002) |
| 02/27/2002 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Colin Bruce, AUSA for Government. First appearance of Philip D Jones. Defendant advised of rights and of right to counsel. Defendant requests Court appoint counsel. The Court finds the defendant qualifies for appointment of counsel and appoints attorney Andrew John McGowan, AFPD. Attorney McGowan present. Defendant advised of his right to a preliminary hearing. Defendant orally waives his right to the preliminary hearing. The Court accepts the defendant's waiver and accepts as knowing and voluntary. The Court finds probable cause and the defendant is bound over to the Grand Jury for further proceedings. The Government requests detention of defendant. Court advises defendant of his right to a detention hearing. Oral motion by defendant to continue the hearing; allowed. Detention hearing set MARCH 4, 2002 at 10:00 a.m. Temporary order of detention to be entered. Oral motion by Government to unseal case; allowed. Case unsealed . The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (Tape #26 3031-3775) [ 2:02-m -7204 ] (S, ilcd) (Entered: 02/27/2002) |
| 02/27/2002 | 4 | TEMPORARY ORDER of Detention of Philip D Jones pending detention hearing by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) [ 2:02-m -7204 ] (S, ilcd) (Entered: 02/27/2002) |
| 02/27/2002 | | Docket Modification (Utility Event) XM stopped [ 2:02-m -7204 ] (S, ilcd) (Entered: 02/27/2002) |
| 03/04/2002 | | MINUTES: before Mag. Judge David G. Bernthal; Detention hearing held with appearance for Govt by AUSA Colin Bruce and with appearance by dft personally and with atty Andrew McGowan AFPD. Oral motion by dft to waive detention hearing at this time with condition that upon resolving issue of outstanding warrant that issue of detention may be revisited. No objection by Govt. Motion allowed. Order of detention pending trial to be entered and the dft is remanded to the custody of the US Marshal (cc: all counsel/USPO/USMS) (Tape #27 9-394). [ 2:02-m -7204 ] (KM, ilcd) (Entered: 03/04/2002) |
| 03/05/2002 | 5 | ORDER of Detention of Philip D Jones pending trial by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS). [ 2:02-m -7204 ] (KM, ilcd) (Entered: 03/05/2002) |
| 03/07/2002 | 6 | ARREST Warrant returned executed as to Philip D Jones on 2/27/02 [ 2:02-m -7204 ] (KM, ilcd) (Entered: 03/08/2002) |
| 03/07/2002 | 7 | INDICTMENT by USA Colin S Bruce. Counts filed against Philip D Jones (1) count(s) 1. (KM, ilcd) (Entered: 03/11/2002) |

| | | |
|---|---|---|
| 03/11/2002 | | MINUTES: before Mag. Judge David G. Bernthal. An arraignment is set on MARCH 19, 2002 at 2:30 p.m. for defendant PHILIP D JONES (cc: all counsel/USPO/USMS). (KM, ilcd) (Entered: 03/11/2002) |
| 03/19/2002 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance for Govt by AUSA Colin Bruce. Appearance by dft PHILIP D JONES in person and with counsel AFPD Andrew J McGowan. Dft sworn. Dft advised of charges, rights and penalties. Dft Philip D Jones arraigned; not guilty plea entered . Written Scheduling Order entered. Final pretrial conference set for MAY 2, 2002 at 3:00 p.m. and jury trial set for MAY 13, 2002 at 9:30 a.m. both before US District Judge Michael P McCuskey. Order of detention to remain in effect and the dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (Tape #32 1966-2432) (KM, ilcd) (Entered: 03/20/2002) |
| 03/19/2002 | 8 | SCHEDULING ORDER by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS). (KM, ilcd) (Entered: 03/20/2002) |
| 05/02/2002 | 9 | NOTICE of prior felony conviction by USA as to defendant Philip D Jones (KM, ilcd) (Entered: 05/02/2002) |
| 05/02/2002 | 10 | MOTION to continue the pretrial conference and the jury trial by Philip D Jones (JAB, ilcd) (Entered: 05/02/2002) |
| 05/02/2002 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Government by AUSA Colin Bruce. Appearance by dft PHILIP D JONES in person and with atty AFPD Andrew J McGowan. The Govt states it has no objection to dft's motion to continue the pretrial conference and the jury trial [10-1]; motion GRANTED. Final pretrial conference is RESET to JUNE 14, 2002 at 3:15 p.m. and the jury selection and jury trial is RESET to JULY 1, 2002 at 9:30 a.m. Estimated length of trial 2 days. Time is excluded from 5/2/02 until 7/1/02 as the Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A) . Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (T Judd/Crt Rptr) (KM, ilcd) (Entered: 05/03/2002) |
| 06/06/2002 | 11 | MOTION for status hearing regarding conflict of interest by USA as to Philip D Jones (JAB, ilcd) (Entered: 06/07/2002) |
| 06/10/2002 | | MINUTES: before Judge Michael P. McCuskey. A hearing on the Motion Regarding Conflict of Interest [11-1] is set for 3:15 p.m. on JUNE 14, 2002 by personal appearance. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 06/10/2002) |
| 06/14/2002 | 12 | MOTION to withdraw attorney Andrew J McGowan by Philip D Jones (VB, ilcd) (Entered: 06/14/2002) |
| 06/14/2002 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA for Government. Defendant PHILIP JONES appears in person and with counsel, Andrew McGowan, AFPD. Hearing on defendant's motion to withdraw attorney Andrew J McGowan [12-1]; motion allowed. Attorney Joseph Chamley appointed as counsel for |

| | | |
|---|---|---|
| | | defendant. Hearing on Government's motion for hearing regarding conflict of interest [11-1]; motion allowed. The Court finds a conflict of interest does exist. The pretrial conference is RESET to AUGUST 2, 2002 at 3:00 p.m. Jury selection and jury trial RESET to AUGUST 12, 2002 at 9:30 a.m. all before Judge Michael P. McCuskey. The Court finds by granting the continuance, the ends of justice are served pursuant to 18 USC 3161(h)(8)(a). The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (Holly Matthews/CrtRptr-Area Wide) (JAB, ilcd) (Entered: 06/17/2002) |
| 06/14/2002 | | Docket Modification (Utility Event) Adding attorney Joseph Chamley for appointment of counsel for defendant (JAB, ilcd) (Entered: 06/17/2002) |
| 06/20/2002 | 13 | CJA Form 20 Copy 4 (Appointment of Counsel) sent to Joseph Chamley (SD, ilcd) Modified on 11/10/2003 (Entered: 06/20/2002) |
| 07/15/2002 | 14 | MOTION to suppress evidence by Philip D Jones (KM, ilcd) (Entered: 07/15/2002) |
| 07/15/2002 | 15 | MEMORANDUM OF LAW by defendant Philip D Jones in support motion to suppress evidence [14-1] (KM, ilcd) (Entered: 07/15/2002) |
| 07/17/2002 | | MINUTES: before Judge Michael P. McCuskey. On July 15, 2002 the dft filed a Motion to Suppress [14-1]. The Govt is directed to file a response to the motion by the close of business on Friday, July 26, 2002. This matter is set for hearing by personal appearance at 9:30 a.m. on JULY 31, 2002 before the Honorable Michael P McCuskey, Coutroom A, 201 S Vine Street, Urbana, IL (cc: all counsel/USPO/USMS). (KM, ilcd) Modified on 07/17/2002 (Entered: 07/17/2002) |
| 07/26/2002 | 16 | RESPONSE by plaintiff USA to motion to suppress evidence [14-1] (SD, ilcd) (Entered: 07/26/2002) |
| 07/31/2002 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Richard Cox. Dft PHILIP D JONES appears in person and with counsel Joseph Chamley. Hearing held regarding motion to suppress evidence [14-1]. Witnesses excluded by the Court. Evidence by Govt; witness sworn and testimony heard. Video tape of arrest marked as Govt's exhibit 1 and admitted. Portion of video tape played; returned to Govt. Argument heard. Motion to suppress evidence [14-1] is DENIED. Final pretrial conference remains set for 3:00 p.m. on AUGUST 2, 2002. Jury selection and jury trial set for August 12, 2002 is VACATED and the jury selection and jury trial is reset to 8:30 a.m. on AUGUST 19, 2002 (3 days). Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (S, ilcd) (Entered: 07/31/2002) |
| 08/02/2002 | 17 | EXHIBIT(S) list as to plaintiff USA (SLJ, ilcd) (Entered: 08/02/2002) |
| 08/02/2002 | 18 | WITNESS list submitted by plaintiff USA (SLJ, ilcd) (Entered: 08/02/2002) |
| 08/02/2002 | 19 | MOTION in limine by Philip D Jones (SLJ, ilcd) (Entered: 08/02/2002) |
| 08/02/2002 | 20 | WITNESS list submitted by defendant Philip D Jones (SLJ, ilcd) |

| | | |
|---|---|---|
| | | (Entered: 08/02/2002) |
| 08/02/2002 | 20 | EXHIBIT(S) list as to defendant Philip D Jones (SLJ, ilcd) (Entered: 08/02/2002) |
| 08/02/2002 | 21 | NOTICE of Statement of the Case by plaintiff USA (SLJ, ilcd) (Entered: 08/02/2002) |
| 08/02/2002 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel Joseph Chamley. Pretrial conference held. Govt orally responded to dft's motion in limine. Motion in limine granted in part, denied in part, and taken under advisement in part. Govt to file response to motion in limine regarding testimony of Duramis Lovelace by 8/9/02. Govt's response to motion in limine regarding testimony of dft Washington to be filed by 8/16/02. Court to rule on motion in limine on or before 8/19/02. All motions to be filed by 8/9/02 and responses due by 8/16/02; motions will be heard on 8/19/02. Govt to file jury instructions by 8/9/02; any objection by dft to be filed by 8/16/02. Proposed voir dire questions to be filed by 8/9/02; any objections by 8/16/02. Dft remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 08/05/2002) |
| 08/07/2002 | 22 | MOTION for competency examination by Philip D Jones (KM, ilcd) (Entered: 08/07/2002) |
| 08/07/2002 | 23 | RESPONSE by plaintiff USA to motion for competency examination [22-1] (KM, ilcd) (Entered: 08/07/2002) |
| 08/07/2002 | | MINUTES: before Judge Michael P. McCuskey. On 8/7/02 dft Jones filed a motion for competency examination [22-1]. This matter is set for hearing at 9:00 a.m. on AUGUST 8, 2002. The US Marshal's Office is directed to have dft present for the hearing. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 08/07/2002) |
| 08/08/2002 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP JONES appears in person and with counsel Joseph Chamley. The Court grants dft's motion for competency examination [22-1] and a psychiatric or psychological examination is ordered for Philip D Jones. Dft to be transported for psychiatric or psychological examination to nearest facility. Written Order entered. All deadlines are vacated and jury trial previously set for 8/19/02 is VACATED. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(a). The dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 08/08/2002) |
| 08/08/2002 | 24 | ORDER by Judge Michael P. McCuskey that dft be transported for psychiatric or psychological exam to the nearest available and convenient facility for such exam. See written Order. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 08/08/2002) |
| 08/20/2002 | 25 | PRO SE MOTION to vacate competency examination by Philip D Jones |

| Date | No. | Entry |
|---|---|---|
| | | (KM, ilcd) (Entered: 08/20/2002) |
| 08/20/2002 | 26 | LETTER to dft JONES from Judge McCuskey regarding dft's letter construed as a motion to vacate competency examination [25-1] (KM, ilcd) (Entered: 08/20/2002) |
| 08/20/2002 | | MINUTES: before Judge Michael P. McCuskey. On 8/20/02 the Court received a pro se letter from the dft regarding his competency examination. The Court is construing that letter as a motion to vacate competency examination and the clerk is directed to docket the letter as such [25-1]. The Govt is directed to file a response to dft's motion by the close of business on 8/29/02. The Court's order of 8/8/02 directing the US Marshal service to transport dft to the nearest facility for a psychiatric or psychological exam is VACATED. This matter is set for hearing by PERSONAL APPEARANCE at 2:30 p.m. on SEPTEMBER 3, 2002. (cc: dft/all counsel/USPO/USMS) (KM, ilcd) Modified on 08/20/2002 (Entered: 08/20/2002) |
| 08/29/2002 | 27 | RESPONSE by plaintiff USA to dft's pro se motion to vacate competency examination [25-1] (KM, ilcd) (Entered: 08/30/2002) |
| 08/29/2002 | 28 | SEALED document stored in vault. (KM, ilcd) (Entered: 08/30/2002) |
| 09/03/2002 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel Joseph Chamley. Hearing held regarding pro se motion to vacate competency examination [25-1]. Dft sworn under oath and questioned by the Court. Arguments of counsel heard. Dft's pro se motion to vacate competency examination [25-1] is DENIED. Dft is to be transported to facility for psychiatric or psychological exam. Written order to be entered. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A) until after examination and a hearing is held regarding examination. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 09/04/2002) |
| 09/04/2002 | 29 | ORDER by Judge Michael P. McCuskey. Dft is ordered to be transported for a psychiatric or psychological examination to the nearest available and convenient facility for such examination. See written order. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 09/04/2002) |
| 10/07/2002 | 30 | AMENDMENT TO WITNESS list submitted by plaintiff USA (KM, ilcd) (Entered: 10/07/2002) |
| 10/18/2002 | 31 | TRANSCRIPT of Motion Hearing held 9/3/02 (KM, ilcd) (Entered: 10/18/2002) |
| 10/21/2002 | 32 | LETTER from Warden at FMC Rochester, MN regarding the evaluation of dft. (KM, ilcd) (Entered: 10/21/2002) |
| 10/21/2002 | 33 | LETTER from Judge Michael McCuskey to Warden at FMC Rochester, MN in response to letter received regarding evaluation of dft. (KM, ilcd) (Entered: 10/21/2002) |
| 10/21/2002 | | MINUTES: before Judge Michael P. McCuskey. On September 4, 2002 |

| | | |
|---|---|---|
| | | dft was ordered to be transported to the nearest available facility for a psychiatric or psychological examination pursuant to 18 USC 4241(b). Under the provisions of the applicable statute, the dft may be committed for such an examination for a reasonable period of time not to exceed thirty days. On October 18, 2002 the Court received a request from the Federal Medical Center in Rochester, Minnesota, for a 15-day extension to complete the examination because they had not yet received the requested transcripts from the court reporter. The Court grants this request and the facility has until November 1, 2002 to complete the psychiatric or psychological examination on dft Jones. (cc: all counsel/USPO) (KM, ilcd) (Entered: 10/21/2002) |
| 10/23/2002 | 34 | CJA FORM 24 (Authorization Voucher for Transcript Payment) re: Philip D Jones. Per authorization of Judge Michael P. McCuskey, CJA voucher #021023000030 transmitted to AO in the amount of $22.50 for Lisa Knight Cosimini (SD, ilcd) (Entered: 10/23/2002) |
| 11/25/2002 | | MINUTES: before Judge Michael P. McCuskey. A status hearing in the above-captioned matter has been set for 3:30 p.m. on DECEMBER 5, 2002 by personal appearance before the Honorable Michael P McCuskey, Courtroom A, 201 S Vine Street, Urbana, IL. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 11/25/2002) |
| 11/25/2002 | 35 | PSYCHIATRIC Evaluation report (fax copy) received for Philip D Jones - sealed and stored in vault (cc: all counsel) (KM, ilcd) Modified on 12/04/2002 (Entered: 11/25/2002) |
| 12/02/2002 | 36 | MOTION for order to set final pretrial by Philip D Jones (KM, ilcd) (Entered: 12/02/2002) |
| 12/04/2002 | | REMARK: original mental health evaluation received as to Philip D Jones. SEALED AND STORED IN VAULT. (cc: all counsel/USPO) (KM, ilcd) Modified on 12/04/2002 (Entered: 12/04/2002) |
| 12/05/2002 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA for Government. Defendant PHILIP JONES appears in person and with counsel, Joseph Chamley. The Court states status of competency report and reports the defendant is found to be competent to stand trial and assist in his defense. The Government and defendant have no objections to the findings. The Court orders the psychological report to remain sealed. Hearing on defendant's motion for order to set final pretrial [36-1]; granted. Any pretrial motions to be on file by December 27, 2002; responses due by January 10, 2003. The pretrial conference is set for JANUARY 31, 2003 at 3:30 p.m. Jury selection and jury trial set for FEBRUARY 10, 2003 at 8:30 a.m. The Court advises there will be no continuances for any reason. Final pretrial order to be entered. The Court finds by granting the continuance, the ends of justice have been met pursuant to 18 USC 3161(h)(8)(a). The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 12/06/2002) |
| 12/05/2002 | | Docket Modification (Utility Event) status hearing held (JAB, ilcd) |

| | | |
|---|---|---|
| | | (Entered: 12/06/2002) |
| 12/27/2002 | 37 | LETTER construed as a MOTION to substitute court-appointed counsel by Philip D Jones (JAB, ilcd) (Entered: 12/27/2002) |
| 12/27/2002 | | MINUTES: before Judge Michael P. McCuskey. On December 26, 2002, the Court received a letter from defendant. That letter is being construed as a motion to substitute court-appointed counsel [37-1]. The motion is set for hearing at 10:00 a.m. on JANUARY 2, 2003, before the Honorable Michael P. McCuskey, 201 S. Vine St., Urbana, IL (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 12/27/2002) |
| 12/27/2002 | 38 | SUPPLEMENTAL MOTION in limine by Philip D Jones (VB, ilcd) (Entered: 12/27/2002) |
| 12/27/2002 | 39 | MOTION to dismiss case (indictment) by Philip D Jones (VB, ilcd) (Entered: 12/27/2002) |
| 01/02/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears by telephone. Attorney Joseph Chamley and attorney John Taylor present in court. Hearing held regarding dft's motion to substitute court-appointed counsel [37-1]. No objection by atty Chamley; motion granted. Attorney John C Taylor is substituted as counsel for dft. Motion hearing is set for motion to dismiss case (indictment) [39-1] and motion in limine [38-1] at 10:30 a.m. on JANUARY 16, 2003. (cc: all counsel/USPO/USMS) (KM, ilcd) Modified on 01/08/2003 (Entered: 01/02/2003) |
| 01/06/2003 | 40 | CJA Form 20 Copy 4 (Appointment of Counsel) sent to John C. Taylor (SD, ilcd) Modified on 1/10/2003 (Entered: 01/06/2003) |
| 01/08/2003 | 41 | CJA Form 20 (Attorney Payment Voucher) re: Philip D Jones. CJA voucher #030108000104 from Atty Joseph Chamley transmitted to AO in the amount of $4,910.75 (SD, ilcd) (Entered: 01/08/2003) |
| 01/10/2003 | 42 | MOTION to adopt by Philip D Jones (JAB, ilcd) (Entered: 01/13/2003) |
| 01/10/2003 | 43 | MOTION to extend time to respond to recently adopted pretrial motions by USA as to Philip D Jones (JAB, ilcd) (Entered: 01/13/2003) |
| 01/13/2003 | 44 | RESPONSE by plaintiff USA to supplemental motion in limine [38-1] (JAB, ilcd) (Entered: 01/14/2003) |
| 01/14/2003 | 45 | RESPONSE by plaintiff USA to motion to dismiss case (indictment) [39-1] (SD, ilcd) (Entered: 01/14/2003) |
| 01/14/2003 | | ENDORSED Order granting motion to extend time to respond to recently adopted pretrial motions [43-1] by Judge Michael P. McCuskey (cc: all counsel/USPO/USM) (JAB, ilcd) (Entered: 01/14/2003) |
| 01/16/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel John Taylor. Hearing held on all pending motions. Motion to adopt [42-1] is GRANTED. The motion in limine [19-1] is found moot. |

|  |  |  |
|---|---|---|
|  |  | Evidentiary hearing held; witness sworn and testimony heard. Govt to file motion regarding testimony by 1/22/03 with response due 1/29/03 and motion will be heard at final pretrial hearing. Document #28 is ordered UNSEALED by the Court. Motion in limine [38-1] is DENIED as to remaining portions except Washington issue which can be renewed. Motion to dismiss case (indictment) [39-1] is DENIED. Final pretrial conference remains set for JANUARY 30, 2003 at 3:30 p.m. Jury selection and jury trial remain set for FEBRUARY 10, 2003 at 8:30 a.m. Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 01/17/2003) |
| 01/16/2003 |  | REMARK: Document #28 ordered UNSEALED by US District Judge Michael P McCuskey during hearing held on 1/16/03. (KM, ilcd) (Entered: 01/17/2003) |
| 01/16/2003 | 46 | GOVT EXHIBIT(S) list as to defendant Philip D Jones from hearing held on 1/16/03 (KM, ilcd) (Entered: 01/17/2003) |
| 01/17/2003 |  | CORRECTION TO MINUTES FROM 1/16/03: Final pretrial conference is set for JANUARY 31, 2003 at 3:30 p.m. not January 30, 2003 at 3:30 p.m. as previously indicated. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 01/17/2003) |
| 01/22/2003 | 47 | MOTION in limine regarding disavowed statement purported to be written by Anita Gray by USA as to Philip D Jones (KM, ilcd) (Entered: 01/22/2003) |
| 01/28/2003 | 48 | AMENDED NOTICE OF PRIOR offense information by USA as to defendant Philip D Jones (cc: USPO) (KM, ilcd) (Entered: 01/28/2003) |
| 01/28/2003 | 49 | NOTICE of statement of the case by plaintiff USA (KM, ilcd) (Entered: 01/28/2003) |
| 01/28/2003 | 50 | EXHIBIT(S) list filed by pla USA as to defendant Philip D Jones (KM, ilcd) (Entered: 01/28/2003) |
| 01/28/2003 | 51 | REVISED WITNESS list submitted by plaintiff USA (KM, ilcd) (Entered: 01/28/2003) |
| 01/31/2003 | 52 | STIPULATION of parties agreeing Govt Exh 3 is 746.4 grams of cocaine, a Schedule II controlled substance. (SLJ, ilcd) (Entered: 01/31/2003) |
| 01/31/2003 |  | MINUTES: before Judge Michael P. McCuskey. Appearance by AUSA Bruce for Govt/Atty Taylor appears with dft PHILIP D JONES for final pretrial conference at 3:35 1/31/03. Charges in the indictment read in open crt. Written stipulation re: Govt's exhibit 3 filed. Dft does not contest the Govt's motion in limine, #47. Crt is granting motion in limine regarding disavowed statement purported to be written by Anita Gray [47-1]. Dft adopts the Govt's witness list. No objection. Dft adopts the Govt's exhibit list. No objection by dft. Govt and dft will both use Govt's witness and exhibit list. Dft joins in the Govt's statement of case. Estimated length of trial is 3 days. Crt finds all motions that need to be |

| | | |
|---|---|---|
| | | presented have been filed. Govt's jury instructions to be filed by 2/4/03. Dft to file any objections to Govt's jury instructions by 2/7/03 or file any jury instructions they prefer. Dft to see plea agreements of Brian Cole, and Duramis Lovelace 2/4/03. Any objections to the plea agreement to be filed by 2/7/03. Deadline for filing voir dire questions is 2/4/03. Any objections due 2/7/03 an will be taken up at trial on 2/10/03. Matter set for jury trial at 8:30 2/10/03. Dft remanded to custody of the USMS. (cc: all counsel/USMS/ USMS) (VB, ilcd) (Entered: 01/31/2003) |
| 02/05/2003 | 53 | PROPOSED Jury Instructions by plaintiff USA (JAB, ilcd) (Entered: 02/05/2003) |
| 02/06/2003 | 54 | NOTICE OF FILING PROPOSED Jury Instructions by defendant Philip D Jones (KM, ilcd) (Entered: 02/06/2003) |
| 02/07/2003 | 55 | TRANSCRIPT of excerpt from the motion to suppress hearing held on 7/31/02. (KM, ilcd) (Entered: 02/07/2003) |
| 02/10/2003 | 56 | REVISED EXHIBIT(S) list as to plaintiff USA (SLJ, ilcd) (Entered: 02/10/2003) |
| 02/10/2003 | 57 | CJA FORM 24 (Authorization Voucher for Transcript Payment) re: Philip D Jones. Per authorization of Judge Michael P. McCuskey, CJA voucher #030207000012 transmitted to AO in the amount of $204.00 for Lisa Knight Cosimini. (SD, ilcd) Modified on 02/11/2003 (Entered: 02/11/2003) |
| 02/10/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel John Taylor. Jury trial begins . Revised Govt Exhibit list filed in open Court [56-1]. Jury in; voir dire held . Jurors sworn as to qualifications. Statement of case read. Jury impaneled and sworn to try the case. Opening statement by Govt. Opening statement by defendant. Evidence for Govt. Witnesses sworn; testimony heard. Jury out until 9:00 a.m. on 2/11/03. Jury instruction conference held. Dft remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 02/11/2003) |
| 02/11/2003 | | MINUTES: before Judge Michael P. McCuskey. Jury trial continued with same appearances. Jury instruction conference continued. Defendant orally moves to amend Govt's exhibit list [56-1] to include dft's exhibit 2. Arguments heard. Court allows dft's oral motion to amend revised and expanded exhibit list. Jury in. Evidence for Govt continued. Witnesses sworn; testimony heard. Govt rests. Defendant's oral motion for directed verdict without argument; no argument by Govt. Dft's motion is denied. No evidence for defendant. Dft rests. Jury out. Dft's oral motion renewed for directed verdict with no arguments heard; motion denied. Jury instructions read to jury. Closing argument heard by Govt and by defendant. Rebuttal heard. Jury out to deliberate at 1:07 p.m. Oral motion by Govt to withdraw Govt's exhibits 3 and 4; granted. Question by jury at 1:27 p.m. Jury in to view the video tape (Govt's exhibit 1) at 1:35 p.m. Jury out at 1:39 p.m. Jury in at 1:58 p.m. with verdict. Finding Philip D |

| | | |
|---|---|---|
| | | Jones guilty of count 1 of Indictment . Jurors polled. Court enters judgment of conviction against defendant. Cause referred to U.S. Probation Office for a presentence investigation report. Sentencing hearing set for MAY 23, 2003 at 1:15 p.m. Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 02/11/2003) |
| 02/11/2003 | 58 | EXHIBIT lists as to defendant Philip D Jones (KM, ilcd) Modified on 02/11/2003 (Entered: 02/11/2003) |
| 02/11/2003 | 59 | Jury Instructions filed. (KM, ilcd) (Entered: 02/11/2003) |
| 02/11/2003 | 60 | JURY COMMUNICATION to the Court. (KM, ilcd) (Entered: 02/11/2003) |
| 02/11/2003 | 61 | VERDICT as to Philip D Jones (KM, ilcd) (Entered: 02/11/2003) |
| 02/18/2003 | 62 | MOTION for new trial by dft Philip D Jones (KM, ilcd) (Entered: 02/18/2003) |
| 02/18/2003 | | MINUTES: before Judge Michael P. McCuskey. On February 18, 2003, dft filed a motion for new trial [62-1]. The Govt is directed to file a response within 14 days. (cc: all counsel/USPO) (KM, ilcd) (Entered: 02/18/2003) |
| 02/21/2003 | 63 | Picture of Government EXHIBITS #'s 3 and 4 submitted to the Clerk's Office per approval of Judge Michael P. McCuskey. (Government retained original exhibits) (JAB, ilcd) (Entered: 02/21/2003) |
| 02/24/2003 | 64 | LETTER to defendant Philip D Jones from the Court. (JAB, ilcd) (Entered: 02/24/2003) |
| 03/03/2003 | 65 | RESPONSE by plaintiff USA to dft's motion for new trial [62-1] (KM, ilcd) (Entered: 03/04/2003) |
| 03/04/2003 | 66 | ORDER by Judge Michael P. McCuskey denying motion for new trial [62-1]. See written Order. (cc: all counsel/USPO) (KM, ilcd) (Entered: 03/04/2003) |
| 04/29/2003 | 67 | MOTION to continue sentencing until after 5/23/03 by USA as to Philip D Jones (KM, ilcd) (Entered: 04/29/2003) |
| 04/30/2003 | | MINUTES: before Judge Michael P. McCuskey. On April 29, 2003, Assistant U. S. Attorney Colin Bruce filed a motion to continue the sentencing of Philip D. Jones. That motion [67-1] is GRANTED. The sentencing hearing set for 1:15 p.m. on May 23, 2003 is RESET to MAY 30, 2003 at 1:30 p.m. before the Honorable Michael P. McCuskey, 201 S. Vine Street, Urbana, IL. (cc: all counsel/USPO/USMS) (JAB, ilcd) Modified on 05/12/2003 (Entered: 04/30/2003) |
| 05/16/2003 | 68 | ORDER on implementation of sentencing guidelines by Judge Michael P. McCuskey (cc: all counsel/USPO) (KM, ilcd) (Entered: 05/16/2003) |
| 05/16/2003 | 69 | LETTER from dft Philip Jones with response from Court (cc: all counsel/USPO) (KM, ilcd) Modified on 05/16/2003 (Entered: |

| | | |
|---|---|---|
| | | 05/16/2003) |
| 05/27/2003 | 70 | COMMENTARY ON SENTENCING factors filed by Govt re Philip D Jones (KM, ilcd) (Entered: 05/28/2003) |
| 05/28/2003 | 71 | SUPPLEMENT TO COMMENTARY ON SENTENCING factors filed by Govt re Philip D Jones (KM, ilcd) (Entered: 05/28/2003) |
| 05/30/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft PHILIP D JONES appears in person and with counsel John Taylor. Sentencing hearing held . Parties acknowledge receipt of presentence investigation report. No objections noted by Govt or counsel for dft; dft personally has objection. Statements by counsel on objections heard. Recommendations by counsel heard. Dft's statement in allocution heard. Sentencing Philip D Jones (1) count(s) 1. It is the judgment of the Court that dft is committed to custody of the Bureau of Prisons for a term of 360 months. The dft shall be placed on supervised release for a term of 8 years and under special conditions. He is to pay $100 special assessment. Appeal rights given to dft. Clerk directed to file a notice of appeal on dft's behalf. Atty Taylor requests the Court to continue his appointment for appeal process; granted. The Court finds dft indigent and a transcript will be provided at no cost to dft. Dft is remanded to the custody of the US Marshal. Case terminated (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 05/30/2003) |
| 05/30/2003 | 72 | PRESENTENCE Report on Philip D Jones ( original sealed ) (KM, ilcd) (Entered: 05/30/2003) |
| 05/30/2003 | 73 | SENTENCING recommendation (original sealed) as to defendant Philip D Jones (KM, ilcd) (Entered: 05/30/2003) |
| 05/30/2003 | 74 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Philip D Jones by Judge Michael P. McCuskey (KM, ilcd) (Entered: 05/30/2003) |
| 06/02/2003 | 75 | JUDGMENT and Commitment Order as to defendant Philip D Jones by Judge Michael P. McCuskey (KM, ilcd) (Entered: 06/02/2003) |
| 06/02/2003 | 76 | NOTICE of Appeal to Circuit Court by defendant Philip D Jones [75-1] (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 06/02/2003) |
| 06/02/2003 | 77 | SHORT RECORD ON APPEAL sent to USCA (KM, ilcd) (Entered: 06/02/2003) |
| 06/09/2003 | 78 | Notification by USCA of Appellate Docket Number 03-2513 (JAB, ilcd) (Entered: 06/10/2003) |
| 06/19/2003 | 79 | CJA Form 20 (Attorney Payment Voucher) re: Philip D Jones. CJA voucher #030619000097 from atty John C. Taylor transmitted to AO in the amount of $3,672.00 (SD, ilcd) (Entered: 06/19/2003) |
| 07/03/2003 | 80 | TRANSCRIPT information sheet ordering transcript from hearings held on 1/16/03, 2/10/03, 2/11/03 [77-1] (KM, ilcd) (Entered: 07/03/2003) |

| | | |
|---|---|---|
| 08/27/2003 | 81 | JUDGMENT and Commitment returned executed on 7/21/03 as to Philip D Jones (1) count(s) 1 at Manchester, KY (KM, ilcd) (Entered: 08/27/2003) |
| 12/31/2003 | 82 | TRANSCRIPT of Motion Hearing held on January 16, 2003 (JAB, ilcd) (Entered: 12/31/2003) |
| 12/31/2003 | 83 | TRANSCRIPT of Jury Trial (Day 1 of 2) held February 10, 2003 (JAB, ilcd) (Entered: 12/31/2003) |
| 12/31/2003 | 84 | TRANSCRIPT of Jury Trial (Day 2 of 2) held February 11, 2003 (JAB, ilcd) (Entered: 12/31/2003) |
| 01/05/2004 | 85 | CJA FORM 24 (Authorization Voucher for Transcript Payment) re: Philip D Jones. Per authorization of Judge Michael P. McCuskey, CJA voucher #040105000009 transmitted to AO in the amount of $818.40 for Lisa Knight Cosimini. (SD, ilcd) (Entered: 01/05/2004) |
| 01/05/2004 | 86 | MOTION for order to withdraw record by Philip D Jones (KM, ilcd) (Entered: 01/05/2004) |
| 01/07/2004 | | MINUTES: before Judge Michael P. McCuskey. On January 5, 2004, defendant filed a motion for order to withdraw record [86-1]. Defendant's motion is granted. (cc: all counsel/USPO) (JAB, ilcd) (Entered: 01/07/2004) |
| 01/07/2004 | 87 | RECEIPT for one volume of pleadings as to defendant Philip D Jones from attorney John Taylor (JAB, ilcd) (Entered: 01/07/2004) |
| 01/15/2004 | 88 | TRANSCRIPT of Final Pretrial Hearing held 8/2/02 filed by Court Reporter Lisa Knight Cosimini. (KM, ilcd) (Entered: 01/16/2004) |
| 01/15/2004 | | REMARK: 1 volume of pleadings as to Philip D Jones returned from atty John Taylor (KM, ilcd) (Entered: 01/16/2004) |
| 01/16/2004 | 89 | CJA FORM 24 (Authorization Voucher for Transcript Payment) re: Philip D Jones. Per authorization of Judge Michael P. McCuskey, CJA voucher #040116000007 transmitted to AO in the amount of $46.20 for Lisa Knight Cosimini (SD, ilcd) (Entered: 01/16/2004) |
| 01/28/2004 | 90 | LETTER to the Clerk's Office from attorney John Taylor requesting copies of Government exhibits 7A, 7B, 8, 10A, 10B, 11A, 11B, 11C and 11D. Mailed copies this date. (JAB, ilcd) (Entered: 01/28/2004) |
| 03/23/2004 | 91 | TRANSCRIPT of Excerpt of Proceedings from the Jury Trial (re Exhibits) held 2/10/03. (JAB, ilcd) (Entered: 03/23/2004) |
| 03/23/2004 | 92 | TRANSCRIPT of Excerpt of Proceedings from the Jury Trial (re Jury instruction conference) held 2/10/03 (JAB, ilcd) (Entered: 03/23/2004) |
| 03/23/2004 | 93 | TRANSCRIPT of Excerpt of Proceedings from the Jury Trial (re Jury Instruction conference continued and jury charge) held 2/11/03. (JAB, ilcd) (Entered: 03/23/2004) |
| 05/26/2004 | 94 | NOTICE to send entire record to USCA by Fed Ex (KM, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 05/26/2004) |
| 05/26/2004 | | CLERK'S RECORD on appeal transmitted to USCA (KM, ilcd) (Entered: 05/26/2004) |
| 05/26/2004 | 95 | Letter of transmittal to USCA consisting of 1 volume of pleadings and 1 volume of transcripts (KM, ilcd) (Entered: 05/26/2004) |
| 06/01/2004 | 96 | RECEIPT for record on appeal consisting of 1 volume of pleadings, 2 volumes of transcripts, 4 sealed documents as to defendant Philip D Jones (KM, ilcd) (Entered: 06/01/2004) |
| 12/28/2004 | 97 | MANDATE of USCA (certified copy) as to Philip D Jones re [76] Notice of Appeal - Final Judgment. The judgment of the District Court is AFFIRMED in accordance with the decision of this court entered on this date. (VB, ilcd) (Entered: 12/28/2004) |
| 12/28/2004 | | Remark: 1 volume of pleadings, 2 volumes of transcript, 1 volume of exhibits and 4 in camera documents returned from the Court of Appeals this date. (VB, ilcd) (Entered: 12/28/2004) |
| 03/02/2005 | 98 | TRANSCRIPT of Proceedings as to Philip D Jones of Sentencing hearing held on 5/30/03 before Judge Michael P. McCuskey. Court Reporter: LC. (KM, ilcd) (Entered: 03/02/2005) |
| 07/28/2005 | 99 | Receipt for presentence report as to Philip D Jones. (SP, ilcd) (Entered: 07/28/2005) |
| 08/22/2005 | 100 | ORDER of USCA (certified copy) for LIMITED REMAND as to Philip D Jones re [76] Notice of Appeal - Final Judgment. (SP, ilcd) (Entered: 08/22/2005) |
| 08/22/2005 | 101 | ORDER as to Philip D Jones re 100 USCA Order for LIMITED REMAND. Position statments are due 9/21/2005. See written order entered by Judge Michael P. McCuskey on 8/22/2005. (SP, ilcd) (Entered: 08/22/2005) |
| 09/08/2005 | | *** Archives File Sent to FRC Chicago on 9/8/2005; Accession No. 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, Box No. 9 of 12; Location 353436-353447. (SLJ, ilcd) (Entered: 11/22/2005) |
| 09/19/2005 | 102 | POSITION STATEMENT by Philip D Jones regarding Limited Remand. (Attachments: # 1 Exhibit A)(SP, ilcd) (Entered: 09/19/2005) (Exh. # 98) |
| 09/21/2005 | 103 | POSITION by USA as to Philip D Jones regarding Previously Imposed Sentence. (Bruce, Colin) (Entered: 09/21/2005) |
| 09/22/2005 | 104 | POSITION by USA as to Philip D Jones regarding Previously Imposed Sentence (Revised). (Bruce, Colin) (Entered: 09/22/2005) |
| 09/23/2005 | 105 | ORDER as to Philip D Jones re limited remand ordered in USCA Order 100 entered by Judge Michael P. McCuskey on 9/23/05. (cc: USCA/Seventh Circuit). (KM, ilcd) (Entered: 09/23/2005) |
| 10/13/2005 | | NOTICE OF HEARING: A telephone status conference to schedule a |

| | | |
|---|---|---|
| | | sentencing date as to Philip D Jones is set for 10/24/2005 at 2:00 pm by telephone before Chief Judge Michael P. McCuskey. The Court will initiate the call.(MB, ilcd) (Entered: 10/13/2005) |
| 10/20/2005 | | *** Clerk's Notes as to Philip D Jones : Clerk faxed request for file to record center. (KM, ilcd) Modified on 10/24/2005: File received from record center (KM, ilcd). (Entered: 10/20/2005) |
| 10/24/2005 | | Minute Entry for proceedings held 10/24/05 before Judge Michael P. McCuskey. Appearance for Government by AUSA Colin Bruce. Defendant PHILIP D JONES present via telephone with counsel John Taylor present in person. Status Conference held. Oral joint motion for updated presentence report granted; court directs US Probation Officer to prepare updated presentence report. Resentencing set for 12/5/2005 at 11:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant is to appear via telephone.(Court Reporter LC.) (KM, ilcd) (Entered: 10/24/2005) |
| 10/31/2005 | 106 | MANDATE of USCA (certified copy) as to Philip D Jones re [76] Notice of Appeal - Final Judgment. Sentence is vacated and the case is remanded for resentencing, which must be conducted in conformity with Booker. See written Order. (KM, ilcd) (Entered: 10/31/2005) |
| 11/29/2005 | 107 | POSITION Statement of Defendant regarding Limited Remand by Philip D Jones. (KM, ilcd) Modified on 11/29/2005: Exhibit A not attached but is same Exhibit A attached to document 102 (KM, ilcd). Modified on 12/1/2005: Document STRICKEN per text order dated 11/30/05 (KM, ilcd). (Entered: 11/29/2005) |
| 11/30/2005 | 108 | COMMENTARIES ON SENTENCING FACTORS by Philip D Jones, filed as "Defendant's Resentencing Memorandum" (SP, ilcd) (Entered: 11/30/2005) |
| 11/30/2005 | 109 | Letters in support of defendant Philip Jones (SP, ilcd) (Entered: 11/30/2005) |
| 11/30/2005 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 11/30/2005. Counsel for the defendant advises the Court that document 107 Position Statement of Defendant was filed in error and is duplicative of document 102 filed on 9/19/2005. Therefore, it is STRICKEN. The correct document was e-filed on 11/30/2005 as document 108 Commentaries on Sentencing Factors. (MB, ilcd) (Entered: 11/30/2005) |
| 12/02/2005 | 110 | AMENDMENT to 108 RESENTENCING MEMORANDUM by Philip D Jones. (SP, ilcd) (Entered: 12/02/2005) |
| 12/05/2005 | | Minute Entry for proceedings held 12/5/05 before Judge Michael P. McCuskey. Appearance for Government by AUSA Colin Bruce in person. Defendant PHILIP D JONES present via telephone with counsel John Taylor present in person.Resentencing changed to status conference. Resentencing set for 12/19/2005 at 10:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Letters in support of defendant filed. US Marshal is directed to transport defendant for resentencing.(Court |

| | | |
|---|---|---|
| | | Reporter LC.) (KM, ilcd) (Entered: 12/06/2005) |
| 12/05/2005 | 111 | Letters (3) in support of defendant. (KM, ilcd) (Entered: 12/06/2005) |
| 12/14/2005 | 112 | MOTION to file additional objection to modified PSR, instanter, by Philip D Jones. (Attachments: # 1 Exhibit)(KM, ilcd) (Entered: 12/14/2005) |
| 12/15/2005 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 12/15/2005 GRANTING 112 Motion to File Additional Objection to Modified Presentence Report as to Philip D Jones. (MB, ilcd) (Entered: 12/15/2005) |
| 12/19/2005 | | Minute Entry for proceedings held 12/19/05 before Judge Michael P. McCuskey. Appearance for Government by AUSA Colin Bruce. Defendant PHILIP D JONES present in person and with counsel John Taylor. Resentencing on remand held for Philip D Jones (1), Count 1. Defendant's objections to presentence report heard. Recommendations by counsel heard; Government renews objection to resentencing. Statement in allocution by defendant heard. Letters in support of defendant filed. It is the judgment of the Court that sentence is amended in that dft is committed to the custody of the Bureau of Prisons for a term of 240 months.(Court Reporter Area Wide.) (KM, ilcd) (Entered: 12/20/2005) |
| 12/19/2005 | 113 | Letters in support filed at resentencing hearing. (KM, ilcd) (Entered: 12/20/2005) |
| 12/19/2005 | 114 | +++ **PRESENTENCE INVESTIGATION REPORT for resentencing** as to Philip D Jones (KM, ilcd) (Entered: 12/21/2005) |
| 12/19/2005 | 115 | +++ **AMENDED SENTENCING RECOMMENDATION** as to Philip D Jones. (KM, ilcd) Modified on 12/21/2005 to add Amended Recommendation for resentencing (KM, ilcd). (Entered: 12/21/2005) |
| 12/28/2005 | 116 | AMENDED JUDGMENT as to Philip D Jones (1), Count(s) 1 entered by Judge Michael P. McCuskey on 12/28/05. RESENTENCING ON REMAND; sentence amended to 240 months BOP. (KM, ilcd) (Entered: 12/28/2005) |
| 12/28/2005 | 117 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Philip D Jones (KM, ilcd) (Entered: 12/28/2005) |
| 12/28/2005 | 118 | NOTICE OF APPEAL by Philip D Jones re 116 Amended Judgment. (KM, ilcd) (Entered: 12/28/2005) |
| 12/28/2005 | 119 | Short Record of Appeal as to Philip D Jones sent to US Court of Appeals re 118 Notice of Appeal - Final Amended Judgment. (KM, ilcd) (Entered: 12/28/2005) |
| 01/03/2006 | 120 | USCA Case Number 05-4757 as to Philip D Jones for 118 Notice of Appeal - Final Amended Judgment filed by Philip D Jones. (KM, ilcd) (Entered: 01/03/2006) |
| 01/10/2006 | 121 | TRANSCRIPT REQUEST by Philip D Jones of sentencing hearing held |

| | | |
|---|---|---|
| | | 12/19/05 before Judge Michael P. McCuskey.(KM, ilcd) Modified on 1/10/2006 to add copy uploaded to USCA (KM, ilcd). (Entered: 01/10/2006) |
| 01/24/2006 | 122 | TRANSCRIPT of Proceedings of Sentencing Hearing as to Philip D Jones held on 12/19/05 before Judge Michael P. McCuskey. Court Reporter: FA/Area Wide Reporting. (KM, ilcd) (Entered: 01/24/2006) |
| 02/13/2006 | 123 | Judgment Returned Executed at FCI Terre Haute, IN as to Philip D Jones on 2/1/06. (KM, ilcd) (Entered: 02/13/2006) |
| 04/04/2006 | | Request from J. Gayed/USCA for Long Record re 118 Notice of Appeal - Final Judgment. (KM, ilcd) (Entered: 04/05/2006) |