

# United States District Court
### Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

May 22, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. PHILIP D. JONES
D. C. Docket No. 02-20014-01
U. S. C. A. Docket No. 05-4757

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

2  Volumes of Pleadings

4  Volumes of Transcript

   Volumes of Depositions

1  Volumes of Exhibits:

   Impounded Exhibits:

   Other (specify): **UNDER SEAL: Resentencing Presentence Report, Resentencing Recommendation, and Resentencing Statement of Reasons**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,
**s/John M. Waters**
JOHN M. WATERS, CLERK

BY:**s/ V. Ball**
     Deputy Clerk