E-FILED
Thursday, 08 June, 2006 03:08:48 PM
Clerk, U.S. District Court, ILCD

E-FILED
Monday, 22 May, 2006 09:48:19 AM
Clerk, U.S. District Court, ILCD



# United States District Court
## Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

May 22, 2006

FILED
JUN 0 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

ON AIMS
MAY 3 0 2006
GW

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. PHILIP D. JONES
D. C. Docket No. 02-20014-01
U. S. C. A. Docket No. 05-4757

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

2 Volumes of Pleadings

4 Volumes of Transcript

Volumes of Depositions

1 Volumes of Exhibits:

Impounded Exhibits:

U.S.C.A.—7th Circuit
FILED
MAY 3 0 2006  GW
GINO J. AGNELLO
CLERK
DOC. # _____

Other (specify): **UNDER SEAL: Resentencing Presentence Report, Resentencing Recommendation, and Resentencing Statement of Reasons**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A.—7th Circuit
RECEIVED
MAY 2 3 2006  JC
GINO J. AGNELLO
CLERK

Very truly yours,
s/John M. Waters
JOHN M. WATERS, CLERK

BY: s/ V. Ball
Deputy Clerk